# Judy Melinek, M.D.

PathologyExpert, Inc.
3739 Balboa Street #102
San Francisco, Ca 94121
Phone: (415) 850-7056
*drjudymelinek@pathologyexpert.com*

## EDUCATION

**Harvard University:** Cambridge, MA                                      1987 – 1991

B.A. in Biology *magna cum laude*, June 1991. John Harvard Scholarship, 1989-90. Harvard College Scholarship, 1988-89. Elizabeth Cary Agassiz Certificate of Merit, 1987-88.

**UCLA School of Medicine:** Los Angeles, CA                               1991 – 1996

M.D. with honors, May 1996. Dean's Scholar for outstanding thesis, Edith and Carl Lasky Memorial Award for research achievement, Viola G. Hyde Scholarship for excellence in surgery.

**Armed Forces Institute of Pathology:** Bethesda, MD                      2001, 2003

Basic Forensic Pathology Course, 2001; Neuropathology Course, 2003

**Imaging Forensics:** San Francisco, CA                                   June 2010

Digital Forensics Photography Class with George Reis; San Francisco Police Department Training

## EXPERIENCE

**Communio LTD, New Zealand**                                              August 2020 – Present

Coronial and forensic pathologist for Wellington area (population 500K) with on-call coverage for Rotorua, Hamilton, and Dunedin. Clinical Senior Lecturer at the Department of Pathology and Molecular Medicine, Otago University School of Medicine

**PathologyExpert Inc., San Francisco**                                    2004 – Present

Contract with Alameda County Sheriff Coroner's Office May 2013 - June 2020. Interim Chief Forensic Pathologist during COVID-19 Pandemic, 2020. Associate Clinical Professor, UCSF Dept. of Pathology, 2013-2015. Research Associate, UC Davis Department of Environmental Toxicology, 2015 - 2020. Honorary Lecturer in the Centre for Clinical Pharmacology within the William Harvey Research Institute, Queen Mary University of London 2019-2022

**Office of the Chief Medical Examiner, San Francisco**                    July 2004 – April 2013

Assistant Medical Examiner. Assistant Clinical Professor, UCSF (2004-2013). Teaching award 2007-2008. Trained UCSF pathology residents, Medical Examiner Investigators and Technicians.

**Santa Clara County Office of Medical Examiner-Coroner**                  July 2003 – June 2004

Assistant Medical Examiner – Coroner. Adjunct Clinical Instructor, Stanford University Medical Center. Senior forensic pathologist directing a staff of 17 for ten months following resignation of the Chief Medical Examiner. Revised death certification, identification and evidence protocols. Child death review team.

**Office of Chief Medical Examiner, City of New York**                     July 2001 – June 2003

Clinical Instructor in Forensic Medicine, New York University. Forensic Neuropathology Fellowship. Examined remains from World Trade Center (9/01-8/02) and American Airlines Flight 587 crash

(11/01).

### Department of Pathology, UCLA          July 1993-June 1994; July 1997 – June 2001
Pathology Post Sophomore Fellowship; Pathology Residency and Chief Resident.

### Beth Israel-Deaconess Medical Center, Boston, MA          July 1996 – Dec 1996
Department of General Surgery - Internship.  Primary surgeon in 61 operations.

## RESEARCH

### Brigham and Women's Hospital, Boston          Summer 1988, January 1990 – May 1991
Center for Neurological Diseases – Undergraduate Biology thesis, "Protein Kinase C Activity Correlates with Memory T-Cell Function" presented at FASEB conference in Atlanta, GA in April, 1991.

### Department of Neurology, UCLA          Summer 1992
With Jean Merrill, Ph.D. and Nobel laureate Louis J. Ignarro, Ph.D., researched NO synthesis in Multiple Sclerosis.

### Department of Transplantation, UCLA          Dec 1993-March 1996, Nov 1998 – 2001
Liver Transplant Program – Pathology consultant for research investigating rejection, ischemia-reperfusion injury and Hepatitis C recurrence.  Assisted in over 100 liver procurements & transplants.

## OTHER EXPERIENCE

### Peer Reviewer

| | |
|---|---|
| The American Journal of Forensic Medicine and Pathology | Oct. 2009 – Present |
| Forensic Science International Synergy - Editorial Board | April 2020– Present |
| Journal of Forensic Sciences | Nov. 2014 |
| Academic Forensic Pathology | Dec. 2012 |
| CDCP Sponsored NAME Toxicology Panel for Opiate Deaths | Jan. 2012 – 2013 |
| Electrical Muscular Disruption Device (EMDD) Literature Review Panel – NIJ | 2007 – 2011 |
| Journal of Forensic and Legal Medicine – Elsevier Press | October 2007 |

### Professional Lectures and Presentations

| | |
|---|---|
| "Forensic Fundamentals" New Zealand Crown Prosecutors, Wellington, NZ | March 9, 2023 |
| "Working Stiffs: Forensics & Fiction" New Zealand Skeptics Society, Wellington, NZ | Nov. 26, 2022 |
| "Working Stiff: Forensics in US and Aotearoa/New Zealand" New Zealand Embalmers Association Conference, Wellington, NZ | Nov. 4, 2022 |
| "Forensic Fundamentals" New Zealand Coroners Continuing Education, Wellington, NZ | Sept. 2, 2021 |
| "The Working Stiffs: Forensic Science from the U.S. Comes to New Zealand" Co:Lab meeting, Wellington, NZ | Nov. 13, 2020 |
| "Police-Involved Shootings in the USA" Deaths in Custody 3 – International Case Studies, virtual conference hosted by Dept. of Pathology, University of Ottawa, Ottawa, Canada | Sept. 26, 2020 |
| "In Custody Deaths and Public Relations in a Digital Age" Deaths in Custody 2 – International Case Studies, virtual conference hosted by Dept. of Pathology, University of Ottawa, Ottawa, Canada | August 8, 2020 |
| "Forensic Pathology in Homicide Cases" Forensic Training Series, Santa Clara Alternate Defender's Office – Santa Clara, CA | May 6, 2020 |
| "The Working Stiffs: Get Your Murder Scene Right" NorCal Murder Writers of America - (on line: https://www.crowdcast.io/e/mwa-norcal-event-get) | April 11, 2020 |

| | |
|---|---|
| "The Working Stiffs: Writing and Publishing the Experiences of a Forensic Pathologist in Both Fiction and Non-Fiction" AAFS – Anaheim, CA | Feb. 18, 2020 |
| "Forensic Pathology in Homicide Cases" California Public Defenders Association – San Diego, CA | Sept. 14, 2019 |
| José G. Albernaz Golden Apple Distinguished Lecture, East Carolina University | Aug. 5, 2019 |
| "Current Topics in Emergency and Forensic Medicine," University at Sea | Mar. 25-30, 2019 |
| "Consulting 101" National Association of Medical Examiners – West Palm Beach, FL | Oct. 14, 2018 |
| "Pediatric Death Investigation," "Child Abuse & Neglect/NCIP Zavion Johnson" and "Officer Involved Shootings, In-Custody Deaths and High Profile Cases" California Sheriff Coroners Association – Santa Rosa, CA | Sept. 18, 2018 |
| "What Trial Attorneys Need to Know about Forensic Pathology" California Public Defenders Association – Berkeley, CA | Sept. 15, 2018 |
| "Science Matters: Tapestry of Trials" American Academy of Forensic Sciences – Seattle, WA | Feb 20, 2018 |
| "Forensic Pathology" Defense Investigator Training Academy, Long Beach, CA | Oct 23, 2017 |
| "Website Design, Social Media and Marketing," Forensic Expert Witness Association – San Francisco, CA | May 19, 2017 |
| "Working Stiff: The Real Work of a Forensic Pathologist," Genentech – South San Francisco, CA | April 18, 2017 |
| "The Forensic Pathologist and Medical-Legal Cases," Bay Area Chapter of Northern California Legal Nurse Consultants – South San Francisco, CA | April 11, 2017 |
| "Officer-Involved Shooting Incidents" and "Excited Delirium Syndrome," NAME Interim Meeting – New Orleans, LA Medical Examiners Conference – Neenah, WI | Feb 14, 2017 |
| "Officer-Related Fatalities" and "High Profile Cases," Wisconsin Coroners and Medical Examiners Conference – Neenah, WI | Oct 24, 2016 |
| "Blunt and Sharp Trauma," Daytona Beach Death & Crime Scene Investigation Conference – Daytona Beach, FL | Sept. 14, 2016 |
| "Forensic Training and Public Relations in a Digital Age," American Academy of Forensic Sciences – Las Vegas, NV | Feb 25, 2016 |
| "Pediatric Death Investigation" and "Officer-Related Fatalities," Alameda County Sheriff and Pleasanton Police Department | Feb 18, 2016 |
| "How to Retain, Prepare and Present Experts at Trial Ethically and Effectively" Bar Association of San Francisco (BASF) | Dec 1, 2015 |
| "Officer-Related Fatalities" and "High Profile Cases," Daytona Beach Death & Crime Scene Investigation Conference – Daytona Beach, FL | Sept 10, 2015 |
| "Advanced Criminal Law: Forensic Pathology," University of San Francisco Law School | Feb 7, 2015 |
| "Forensic Pathology for the Primary Care Practitioner," University at Sea | Sept. 21-28, 2014 |
| "Medical Detectives: The Real CSI," UCSF Osher Mini Medical School for the Public | Feb. 5, 2014 |
| "Advanced Criminal Law: Forensic Pathology," San Francisco Law School | Feb. 2, 2013 |
| "Science & the Law: Forensic Pathology," UC Hastings College of the Law | 2012 – 2015 |
| "Introduction to Pre-Health Professions" Recurrent guest lecturer, Science – 235 San Francisco State University. | 2007 – 2011 |
| "Death Certification" Recurrent guest lecturer, UCSF Resident Orientation | 2010 – 2011 |
| AACC Outstanding Speaker Award: "Pairing Clinical and Post-Mortem Findings for Interpretative Purposes: The Medical Examiner's Perspective" and Panel Discussion SOFT/TIAFT – San Francisco, CA | Sept 27, 2011 |
| "A Facilitated or Unavoidable Fall from a Roof – An Unusual In-Custody Death" National Association of Medical Examiners – Alaska | Aug 12, 2011 |
| "In-Custody Deaths: An Introduction to the Role of the Medical Examiner" Sudden Death, Excited Delirium & In-Custody Death Conference – Las Vegas, NV | Nov 28, 2007 |
| "Vertebral Artery Dissection Complicating Occipital Injection of Heparin for Treatment of Thoracic Outlet Syndrome" National Association of Medical Examiners – Savannah, GA | Oct 17, 2007 |

**Consulting & Media** *(for additional listings see www.drworkingstiff.com)*

| | |
|---|---|
| Curious Life and Death of...: Brittany Murphy, Brain Jones, and Pablo Escobar | 2020 |
| Mythbusters, Discovery Channel, "Bite the Bullet" episode | August, 2014 |
| Forensic pathology consultant, National Organization of Parents of Murdered Children, Inc., Cincinnati OH *(pro-bono)*. | |
| Script and on-set consultant in forensic pathology for NBC television program *E.R.* | 2009 – Present |

## ACTIVITIES AND MEMBERSHIPS

| | |
|---|---|
| Member, International Association of Coroners and Medical Examiners (IAC&ME) | 2016 – 2020 |
| Member, National Association of Medical Examiners (NAME) | 2000 – Present |
|     Board of Directors | 2016 – 2021 |
|     STAR Award | Oct. 2018 |
|     Ad-hoc committee on social media policy | 2018 – 2021 |
|     Ad-hoc committee on workforce development | 2020 – 2021 |
|     International relations subcommittee | 2018 – 2019 |
| ME/Coroner Media Guidelines Consensus Work Group for SAVE - Suicide Awareness Voices of Education | 2018 – 2019 |
| National Commission on Forensic Science/Medicolegal Death Investigation Subcommittee | |
| Medicolegal Autonomy & Independence Project Member | 2015 – 2017 |
| CDCP Sponsored NAME Toxicology Panel for Opiate Deaths | 2012 – 2013 |
| NAME Medical Examiner Independence Ad Hoc Committee, Chair | 2011 – 2013 |
| NAME Death Certification Improvement Ad Hoc Committee | 2009 – 2010 |
| NAME Membership Ad Hoc Committee | 2006 – 2007 |
| Member, American Academy of Forensic Sciences (AAFS) | 2000 – Present |
| Member, California Society of Pathologists | 2006 – 2007 |
| Member, College of American Pathologists | 1998 – 2002 |
| Member, American Society of Clinical Pathologists (ASCP) | 1998 – 2002 |
| Member at Large (AMA Alternate Delegate), ASCP Resident Physician's Section | 1999 – 2000 |
| Board of Directors Resident Representative, Los Angeles Society of Pathologists | 1998 – 2000 |
| Student Representative, AMA Advisory Panel on Women Physician Issues | 1994 – 1996 |

## PROFESSIONAL LICENSES

| | |
|---|---|
| American Board of Pathology: | |
|     Board Certified in Anatomic & Clinical Pathology | August, 2001 |
|     Board Certified in Forensic Pathology | November, 2002 |
| New York State: Physician, License Number: 220265-1 *(lapsed)* | Issued: 1/30/01 |
| State of California: Physician and Surgeon, License Number: A65951 | Issued: 7/3/98 |
| Medical Council of New Zealand Practicing Certificate, Special Purpose | Issued: 8/17/20 |
|     Registration Number: 85445   HPI Number: 27FHQP | |

## **PUBLICATIONS** *(\* peer reviewed)*

1. Op Ed: A Forensic Mission Following the Hamas Terrorist Attacks in Israel — One physician's on-the-ground experience after the October 7 attack *MedPage Today* October 27, 2023 (https://www.medpagetoday.com/opinion/working-stiff/107055)

2. Op Ed: The Maui Fires: A Forensic Pathologist's Perspective on the Aftermath - Challenges Lie Ahead. *MedPage Today* August 22, 2023 (https://www.medpagetoday.com/opinion/working-stiff/105982)

3. Op Ed: Perverse Economies: Who Is Worth Saving? — It's often cheaper to let people die. Melinek J. *MedPage Today* Jan 5, 2023 (https://www.medpagetoday.com/opinion/second-opinions/102515)

4. \* Forensic implications of classification of accident-related deaths: a case report and review of the literature. Santoro LK, Melinek J. *Forensic Science International: Reports* 7 (2023) 100307

5. Op Ed: COVID Finally got us in New Zealand — A look at parenting and pathology as the pandemic drags on. Melinek J. *MedPage Today* Aug 22, 2022 (https://www.medpagetoday.com/opinion/working-stiff/100339)

6. Op Ed: 'Irreversible damage': What a forensic pathologist sees in bodies of Covid patients. Melinek J. New Zealand Herald June 3, 2022 (https://www.nzherald.co.nz/nz/irreversible-damage-what-a-forensic-pathologist-sees-in-bodies-of-covid-patients/ACGWN36Y5ANWDZKZV2WUUIG6MI/)

7. Op Ed: How COVID-19 Attacks the Body: Lessons From the Morgue. Melinek J. Everyday Health. May 13, 2022 (https://www.everydayhealth.com/coronavirus/how-covid-19-can-kill-you/)

8. Op Ed: In Defense of Autopsy: The postmortem examination is a key aspect of training, research, and healthcare. *The Pathologist.* Krywanczyk A et al. April 25, 2022. (https://thepathologist.com/inside-the-lab/in-defense-of-autopsy)

9. Heads I Win, Tails You Lose: The Antivax Protests— Judy Melinek, MD, on COVID-19, disinformation, and the "new normal" *MedPage Today* March 18, 2022 (https://www.medpagetoday.com/opinion/working-stiff/97749)

10. Bad Falls and Bad Calls: Speculation on Bob Saget's Death - Second-guessing the forensic pathologist was bad science and lazy journalism. *MedPage Today* Feb 23, 2022 (https://www.medpagetoday.com/opinion/working-stiff/97330)

11. \*Confusion between firearms and electrical weapons as a factor in police shootings. Kroll MW, Melinek J, Martin JA, Brave MA, Williams HE. *Forensic Science, Medicine and Pathology* https://doi.org/10.1007/s12024-022-00457-6 Published Online 24 Jan 2022

12. Op Ed: Pay-Per View Autopsy: Sideshow or Science? *MedPage Today* Jan 11, 2022 (https://www.medpagetoday.com/opinion/working-stiff/96606)

13. We Now Know Gabby Petito's Cause of Death— Coroner gives update. Melinek J. *MedPage Today* October 15, 2021 (https://www.medpagetoday.com/opinion/working-stiff/95069?no=trw)

14. Op Ed: We Know the Manner of Gabby Petito's Death. But What's the Cause? — All we have at this stage is public speculation. Melinek J. *MedPage Today* September 30, 2021 (https://www.medpagetoday.com/opinion/working-stiff/94788)

15. Op Ed: Cognitive Bias Is Influencing Forensic Pathology Decisions — Here are ideas for how to minimize it. Melinek J. *MedPage Today* September 24, 2021 (https://www.medpagetoday.com/opinion/working-stiff/94686)

16. Op Ed: Surfside Collapse: Beyond the Immediate Aftermath— A forensic pathologist's perspective on "the last responders" Melinek J. *MedPage Today* July 8, 2021 (https://www.medpagetoday.com/opinion/working-stiff/93471?trw=no)

17. Op-Ed: Forensic Pathology's Dirty Secret — Why do we eat our own? Melinek J. *MedPage Today* May 19, 2021 (https://www.medpagetoday.com/blogs/working-stiff/92683)

18. Op-Ed: A Meditation on Grief — Life goes on, but death is final and the pain will never go

away. Melinek J. *MedPage Today* April 12, 2021 (https://www.medpagetoday.com/blogs/working-stiff/92054)

19. Op-Ed: Forensic pathologist: The real key to the Chauvin verdict. Melinek J. *CNN.com*. April 7, 2021 (https://edition.cnn.com/2021/04/06/opinions/chauvin-verdict-key-pathology-melinek/index.html)

20. Op-Ed: Criminal Confessions, Forensic Bias — No one is immune to prejudice. *MedPage Today.* March 3, 2021 *(https://www.medpagetoday.com/blogs/working-stiff/91462)*

21. *Cognitive bias in forensic pathology decisions, including responses to Letters to the Editor. Dror I, Melinek J, Arden J, Kukucka J, Hawkins S, Carter J, Atherton DS *J Forensic Sciences*. 2021; 66, 5:1751-1757*. (https://onlinelibrary.wiley.com/doi/epdf/10.1111/1556-4029.14697)*

22. Op-Ed: Toxic Work Environment? Here's How to Cope -- or Escape — Following #FreeFauci this week, I know exactly how the man felt. Melinek J *MedPage Today.* January 27, 2021 (https://www.medpagetoday.com/blogs/working-stiff/90914)

23. Op-Ed: The Cost of Liability — How U.S. healthcare reform can go forward - the view from a U.S. doctor living in New Zealand. Melinek J *MedPage Today.* January 23, 2021 (https://www.medpagetoday.com/blogs/working-stiff/90858)

24. Aftershock. Melinek J and Mitchell TJ. Hanover Square Press. January 7, 2021

25. Culture Shock: Why New Zealand's Response to COVID-19 Worked — A first-hand account from a doctor from the U.S. who lives in New Zealand. *MedPage Today.* November 24, 2020 (https://www.medpagetoday.com/blogs/working-stiff/89867)

26. I Quit the U.S. Due to COVID Threat — Here's what I learned in my new home. Melinek J. *MedPage Today.* October 6, 2020 (https://www.medpagetoday.com/blogs/working-stiff/88984)

27. Death Counts and Despair— Are we growing numb to the COVID carnage? Melinek J. *MedPage Today.* August 18, 2020 (https://www.medpagetoday.com/blogs/working-stiff/88141?no=trw&vpass=1)

28. The U.S. COVID-19 Failure Is Federal. Melinek J. *MedPage Today.* June 30, 2020 (https://www.medpagetoday.com/blogs/working-stiff/87351)

29. Forensic Pathologist Breaks Down George Floyd's Death. Melinek J. *MedPage Today.* June 5, 2020 (https://www.medpagetoday.com/blogs/working-stiff/86913)

30. When Did COVID-19 Arrive and Could We Have Spotted It Earlier? — A forensic pathologist investigates. Melinek J. *MedPage Today* May 4, 2020 (https://www.medpagetoday.com/blogs/working-stiff/86291)

31. How Accurate Is the Coronavirus Death Toll? — A forensic pathologist's perspective. Melinek J. *MedPage Today* April 13, 2020 (https://www.medpagetoday.com/infectiousdisease/covid19/85925)

32. Forensic Pathologists Are Preparing for COVID-19 — What's the protocol when dealing with a dead body? Melinek J. *MedPage Today* March 30, 2020 (https://www.medpagetoday.com/infectiousdisease/covid19/85684?twr=no)

33. Will That Prevent COVID-19? A Pathologist Grades Coronavirus Precautions — From fist bumps to face masks — an evaluation of disease determent. Melinek J. *MedPage Today* March 5, 2020 (https://www.medpagetoday.com/blogs/working-stiff/85241)

34. Influenza Vaccination and Migration at the U.S. Southern Border. Sunderji A, Narvaez Mena K, Winickoff J, Melinek J, Sharfstein J. *AJPH.* February 5, 2020 e1

35. The Press and Professional Destruction: How lazy reporting misrepresents forensic pathology. Melinek J. *MedPage Today* January 30, 2020 (https://www.medpagetoday.com/blogs/working-stiff/84625)

36. First Cut. Melinek J and Mitchell TJ. Hanover Square Press. January 7, 2020

37. Workplace Decorations: Bringing Cheer or Deepening Wounds? *MedPage Today* December 19, 2019 (https://www.medpagetoday.com/blogs/working-stiff/84004)

38. Dirty, Smelly, Raw: The Future of Forensic Pathology. How can we encourage young doctors to join the field? *MedPage Today* December 10, 2019 (https://www.medpagetoday.com/blogs/working-stiff/83802)

39. Jeffrey Epstein: Hanging or Strangulation? A forensic pathologist on the new accusations. Melinek J. *MedPage Today* November 1, 2019 (https://www.medpagetoday.com/blogs/working-stiff/83087)
40. What Would You Say to New Med Students? Three unconventional lessons. Melinek J. *MedPage Today* (https://www.medpagetoday.com/blogs/working-stiff/82604)
41. Social Justice is Good Medicine - You can be both a scientist and a social justice advocate. Melinek J. *MedPage Today* September 26, 2019 (https://www.medpagetoday.com/publichealthpolicy/medicaleducation/82390)
42. * Two Cases of Tandem Bullets - One Homicide and One Suicide. Khau A and Melinek J. *Am J Forensic Med Pathol* 2019 Sep;40(3):262-265.
43. I Got Subpoenaed as a Witness. What Do I Do? - You're the expert, you can do this. Melinek J. *MedPage Today* July 23, 2019 (https://www.medpagetoday.com/blogs/working-stiff/81169)
44. Hey, Where Are the Dead Inmate's Organs? Another thing you probably didn't know about the pathologist's job. Melinek J. *MedPage Today.* July 3, 2019 (https://www.medpagetoday.com/blogs/working-stiff/80840)
45. How Mentoring Gives Me Hope - Our Future is in Good Hands. Melinek J. *MedPage Today* June 25, 2019 (https://www.medpagetoday.com/blogs/working-stiff/80689)
46. Your Patient Died. Now What? - Do's and (one big don't) from an expert forensic pathologist. Melinek J. *MedPage Today* May 14, 2019 (https://www.medpagetoday.com/blogs/working-stiff/79819)
47. How Not to Get Sued - Don't get on the wrong side of medical malpractice subpoena. Melinek J. *MedPage Today* April 16, 2019 (https://www.medpagetoday.com/blogs/working-stiff/79262)
48. Jury Selection, Expert Witnesses and Good Teachers. Melinek J. *Forensic Magazine* March 14, 2019. (https://www.forensicmag.com/news/2019/03/jury-selection-expert-witnesses-and-good-teachers)
49. Embrace Your Revulsions - Even doctors get grossed out. Melinek J. *MedPage Today* February 21, 2019 (https://www.medpagetoday.com/blogs/working-stiff/78146)
50. Opioids Are Killing American Men, But They're Not the Leading Cause of Death. Melinek J. *Men's Health*. Dec 3, 2018 (https://www.menshealth.com/health/a25378646/life-expectancy-report-leading-cause-of-death/)
51. Dear NRA: This Isn't Just My Lane, It's My %@$#! Highway. Melinek J. *MedPage Today* November 29, 2018 (https://www.medpagetoday.com/blogs/working-stiff/76580)
52. The NRA told doctors to "stay in your lane" on guns. I'm a doctor. This is my lane. Melinek J. *Vox.com* November 12, 2018 (https://www.vox.com/first-person/2018/11/12/18087262/doctors-guns-thousand-oaks-nra)
53. Don't Lie About Dying Patients' Pain — Because sometimes, yes, they suffered. Melinek J. *MedPage Today* September 27, 2018 (https://www.medpagetoday.com/publichealthpolicy/ethics/75347)
54. Doctor on the Stand: Fact Witness or Expert? Melinek J. *Forensic Magazine* September 20, 2018. (https://www.forensicmag.com/article/2018/09/doctor-stand-fact-witness-or-expert#.W7ItOZVN02Y.twitter)
55. My Father Killed Himself — Advice from a Physician and Suicide Survivor. Melinek J. *MedPage Today* August 16, 2018 (https://www.medpagetoday.com/psychiatry/depression/74589)
56. 'CSI' is Dead Wrong about Forensics – Five ways fictional TV crime shows fail. Melinek J. *MedPageToday* June 14, 2018. (https://www.medpagetoday.com/pathology/generalpathology/73499)
57. The Hidden Costs of the Opioid Epidemic. Melinek J. *Forensic Magazine.* June 2018. 15, 2:20-21(https://digital.forensicmag.com/forensics/june_2018/MobilePagedReplica.action?pm=2&folio=20#pg20)
58. Even Dead Patients Complain – Well, their families do. Melinek J. *MedPageToday* May 10, 2018. (https://www.medpagetoday.com/primarycare/generalprimarycare/72803)

59. How to Set up a Forensic Consulting Practice. Melinek J. *Forensic Magazine.* March 6, 2018 (https://www.forensicmag.com/article/2018/03/how-set-forensic-consulting-practice)
60. The Importance of Expert Witness Consult Work. Melinek J. *Forensic Magazine.* December 13, 2017 (https://www.forensicmag.com/article/2017/12/importance-expert-witness-consult-work)
61. Reasonable Uncertainty: The Limits and Expectations of an Expert's Testimony. Melinek J. *Forensic Magazine* September 2017, 14, 3:18-19 (https://www.forensicmag.com/article/2017/09/reasonable-uncertainty-limits-and-expectations-experts-testimony)
62. * Which Knife was Used? - Using a Porcine Model to Assess Stab Wound Size. Zohn A, Melinek J. *Am J Forensic Med Pathol.* 2017 Sep; 38(3):180-183
63. Jury Duty: Inside the Box. Melinek J. *Forensic Magazine* June 2017 14,2:23-24. (https://www.forensicmag.com/article/2017/06/expert-witness-jury-duty-inside-box)
64. How to Find a Qualified Forensic Pathology Expert. Melinek J. *Forensic Magazine*. March 2017, 14,1:22-23 (http://www.forensicmag.com/article/2017/03/how-find-qualified-forensic-pathology-expert#.WNMewiS-3_U.twitter)
65. * Gunshot Wound Trajectory Analysis Using Forensic Animation to Establish Relative Positions of Shooter and Victim. Galligan A, Fries C, Melinek J. *Forensic Science International* 2017 Feb; 271:e8-e13. doi: 10.1016/j.forsciint.2016.12.039. Epub 2017 Jan 5
66. Infant Death Investigation: Asphyxia or SIDS? Melinek J. *Forensic Magazine* December 6, 2016, 13,4:14-15(http://www.forensicmag.com/article/2016/12/infant-death-investigation-asphyxia-or-sids)
67. * Dissecting and Streamlining the Medical Record Acquisition Process in Death Investigation Systems. Croom N and Melinek J. *Academic Forensic Pathology* December 2016 6(4): 679-690
68. * Catching a Bullet: Gunshot Wound Trajectory Analysis Used To Establish Body Position. Butler B, Fries C, Panock J, Jorden M and Melinek J. *Academic Forensic Pathology* December 2016 6(4): 739-745
69. How Designer Drugs and the Opioid Epidemic Affect Modern Forensic Practice. Melinek J. *Forensic Magazine* September 2016, 13,3:18-19(http://digital.forensicmag.com/forensics/september_2016/MobilePagedReplica.action?pg=18#pg18)
70. Mind Your Manners: Where Death Certification Ends and Prevention Begins. Melinek J. *Forensic Magazine* June 2016, 13,2:18-19 (http://digital.forensicmag.com/forensics/june_2016/MobilePagedReplica.action?pg=18#pg18?)
71. After a Violent Death: What the Victim's Family Needs to Know. Melinek J. Parents of Murdered Children *Survivors* Spring Newsletter Volume 34, Issue 1, March 2016
72. What Would You Do? Ethics and the Forensic Expert. Melinek J. *Forensic Magazine* March 4, 2016, 13, 1:18-19 (http://www.forensicmag.com/articles/2016/03/ethics-and-forensic-expert-what-would-you-do?et_cid=5157302)
73. Justice Scalia's Unexamined Death Points to a Problem (Opinion) *CNN.com* February 18, 2016 (*http://www.cnn.com/2016/02/18/opinions/justice-scalia-no-autopsy-melinek/*)
74. Forensic Radiology and the Medical Examiner. Melinek J. *Forensic Magazine* December 23, 2015, 12,6:16-17(*http://www.forensicmag.com/articles/2015/12/forensic-radiology-and-medical-examiner*)
75. Five Case Studies in Forensic Toxicology. Judy Melinek. *Forensic Magazine* October 22, 2015, 12,5:20-21 (*http://www.forensicmag.com/articles/2015/10/five-case-studies-forensic-toxicology*)
76. 7 Common Mistakes Regarding Autopsy Reports. Melinek J. *Forensic Magazine* September 9, 2015. (http://www.forensicmag.com/articles/2015/09/7-common-mistakes-regarding-autopsy-reports)
77. What Michael Brown's Autopsy Tell Us (Opinion) *CNN.com* August 21, 2014 (http://www.cnn.com/2014/08/20/opinion/melinek-michael-brown-autopsy/)
78. Working Stiff: Two Years, 262 Bodies and the Making of a Medical Examiner. Judy Melinek &

T.J. Mitchell. Scribner Books, New York, August 2014. New York Times Bestseller E Book & Science Book Lists. #1 Best Seller on Amazon Law Enforcement Biographies & Memoirs.

79. * The Ethics of Being a Retained Expert Witness. Melinek J. *Academic Forensic Pathology* 2013, 3 (3): 281-288

80. * Forensic Considerations in Bariatric Surgery Patients. Melinek, J. and Lemos, N.P. *Academic Forensic Pathology* 2013, 3(1): 13-21

81. * Medical Examiner's Independence is Vital for the Health of the American Legal System. Luzi SA, Melinek J, Oliver WR. *Academic Forensic Pathology* 2013, 3(1): 84-92

82. * NAME Position Paper: Medical Examiner, Coroner, and Forensic Pathologist Independence. Melinek J, Thomas LC, Oliver WR, Schmunk GA, Weedn VW. *Academic Forensic Pathology* 2013, 3(1): 93-98

83. * Recommendations for the Investigation, Diagnosis, and Certification of Deaths Related to Opioid Drugs. *Academic Forensic Pathology* 2013, 3(1): 62-76

84. * NAME Position Paper: Recommendations for the Investigation, Diagnosis, and Certification of Deaths Related to Opioid Drugs. *Academic Forensic Pathology* 2013, 3(1): 77-83

85. * Vertebral Artery Dissection Complicating Occipital Injection of Heparin for Treatment of Thoracic Outlet Syndrome. Melinek J, Hart AP. *Am J Forensic Med Pathol.* 2012 Mar;33(1):76-9

86. * New Records of Carrion Feeding Insects Collected on Human Remains. Honda J, Melinek J, Happy C. *Pan-Pacific Entomologist* 2008, 84(1):29-32

87. Medical Illustrations for Chapter 19, Forensic Neuropathology, Armbrustmacher, V. and Hirsch, C. Spitz & Fisher's *Medicolegal Investigation of Death.* 4th Edition. Editor: Werner U. Spitz. Charles C. Thomas, Springfield, Illinois, 2006. *Figures 1-6, 13, 66 and 67;* credit on page 1072.

88. * Anthropological and Radiographic Comparison of Vertebrae for Identification of Decomposed Human Remains. Mundorff AZ, Vidoli G, Melinek J. *Journal of Forensic Sciences,* 2006 Sep;51(5):1002-1004.

89. * Postmortem Suture Analysis of Anastomotic Suture Line Disruption Following Carotid Endarterectomy. Melinek J, Lento P, Moalli J. *Journal of Forensic Sciences* 2004 Sep;49(5):1077-81.

90. Santa Clara County Police Chief's Association Child Abuse Protocol for Santa Clara County Law Enforcement. Update 2004 May.

91. * Death Following Gastric Bypass Surgery For Morbid Obesity. Melinek J, Livingston EH, Cortina G, Fishbein MC. *Archives of Pathology & Laboratory Medicine.* 2002 Sept 126:1091-1095

92. * Inhalational Anthrax: Gross Autopsy Findings. Gill J and Melinek J. *Archives of Pathology & Laboratory Medicine.* 2002 Aug. 126:993-994

93. * Bucillamine, a Thiol Antioxidant, Prevents Transplantation-Associated Reperfusion Injury. Amersi F, Nelson SYK, Shen XD, Kato H, Melinek J, Kupiec-Weglinski JW, Horwitz LD, Busuttil RW, and Horwitz MA. *Proceedings of the National Academy of Sciences* 2002 June 99:8915-8920.

94. * Heme oxygenase-1 gene therapy: a novel immunomodulatory approach in liver allograft recipients? Ke B, Shen XD, Melinek J, Gao F, Ritter T, Volk HD, Busuttil RW, Kupiec-Weglinski JW. *Transplantation Procedings.* 2001 Feb-Mar 33(1-2):581-2

95. * Amelioration of hepatic ischemia/reperfusion injury with intercellular adhesion molecule-1 antisense oligodeoxynucleotides. Ghobrial R, Amersi F, Stecker K, Kato H, Melinek J, Singer J, Mhoyan A, Busuttil RW, Kupiec-Weglinski JW, Stepkowski SM. *Transplantation Proceedings.* 2001 Feb-Mar 33(1-2):538

96. * A novel iron chelator in combination with a P-selectin antagonist prevents ischemia/reperfusion injury in a rat liver model. Amersi F, Dulkanchainun T, Nelson SK, Farmer DG, Kato H, Zaky J, Melinek J, Shaw GD, Kupiec-Weglinski JW, Horwitz LD, Horwitz MA, Busuttil RW. *Transplantation.* 2001 Jan 15; 71(1):112-8

97. * Upregulation of Heme Oxygenase-1 Protects Genetically Fat Zucker Rats from Ischemia/Reperfusion Injury. Amersi F, Buelow R, Kato H, Ke B, Coito AJ, Zhao D, Zaky J, Melinek J, Lassman CR, Kolls JK, Alam J, Ritter T, Volk HD, Farmer DG, Ghobrial RM, Busuttil RW and Kupiec-Weglinski JW. *Journal of Clinical Investigation* December 1, 1999 104(11):1631-1639
98. The New ASCP Comprehensive Review Course for Anatomic and Clinical Pathology. Melinek J.  *RPS News*  Winter 1999 13(4): 2-3
99. * Significance of Early Aminotransferase Elevation after Liver Transplantation. Rosen HR, Martin P, Goss J, Donovan J, Melinek J, Rudich S, Imagawa DK, Kinkhabwala M, Seu P, Busuttil RW. *Transplantation* January 15, 1998 65(1):68-72
100. * Randomized Controlled Trial to Evaluate Flush and Reperfusion Techniques in Liver Transplantation. Millis JM, Melinek J, Csete M, Imagawa DK,  Olthoff KM, Neelakanta G, Braunfeld M, Sofer M, ChanS, Pregler J, Yersiz H, Tamura K, Shackleton CR, Shaked A, Jurim O, Busuttil RW. *Transplantation* February 15, 1997 63(3):397-403
101. * Lack of Correlation between the Magnitude of Preservation Injury and the Incidence of Acute Rejection, Need for OKT3 or Conversion to FK506 in Cyclosporine Treated Primary Liver Allograft Recipients. Shackleton CR, Melinek J, Martin P, Millis JM, Olthoff KM, Imagawa DK, Jurim O, Shaked A, McDiarmid SV, Goldstein LI, Busuttil RW. *Transplantation* September 27, 1995 60(6):554-558
102. * Living-Donor Liver Transplantation at UCLA. Jurim O,  Shackleton CR, McDiarmid SV, Martin P, Shaked A, Millis JM, Imagawa DK,  Olthoff KM, Maxfield A, Pakrasi AL, Melinek J, Ament M, Vargas J, Goldstein LI, Busuttil RW. *The American Journal of Surgery* May 1995 169:529-532
103. * Microglial Cell Cytotoxicity of Oligodendrocytes Is Mediated through Nitric Oxide. Merrill JE, Ignarro LJ, Sherman MP,  Melinek J, Lane TE. *The Journal of Immunology* August 15, 1993 151: 2132-2141
104. * Increased Protein Kinase C Activity in Human Memory T Cells. Höllsberg P, Melinek J, Benjamin D, Hafler DA. *Cellular Immunology* June 1993 149(1):170-179

**REVIEWS**

*Working Stiff: Two Years, 262 Bodies and the Making of a Medical Examiner.* Judy Melinek & T.J. Mitchell. Scribner Books, New York, August 2014.

> "Haunting and illuminating...the stories from [Dr. Melinek's] average workdays should also transfix the reader with their demonstration that medical science can diagnose and console long after the heartbeat stops." — New York Times

> "In this engrossing tale of how Melinek became a forensic pathologist, she pulls back the sheet to show readers just what goes on after someone dies... Armchair detectives and would-be forensic pathologists will find Melinek's well-written account to be inspiring and engaging."— Publishers Weekly

> "Spellbinding. . . . Melinek is movingly empathetic toward the families of victims. . . . An unforgettable story." — Booklist (starred review)

*First Cut*. Judy Melinek & T.J. Mitchell. Hanover Square Press, New York, January 2020.

> "A strong series launch…While Jessie's gutsy personality will endear her to readers, it's the meticulous detail that distinguishes this novel…Fans of Patricia Cornwell's Kay Scarpetta will be pleased."
> —Publishers Weekly

*Aftershock*. Judy Melinek & T.J. Mitchell. Hanover Square Press, New York, January 2021.

> "Judy Melinek and T.J. Mitchell are gifted storytellers... if CBS or NBC comes calling in a month or so, it will not be a surprise." —San Francisco Chronicle