**IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
McALLEN DIVISION**

| | | |
|---|---|---|
| **MARTINA PENA, Individually and** | § | |
| **As Next Best Friend of A.P., and** | § | |
| **ARISTEDES PENA, Individually and** | § | |
| **On Behalf of the Estate of** | § | |
| **ALBERTO PENA,** | § | |
| **Plaintiff** | § | |
| | § | |
| **VS** | § | **C.A. NO. 7:22-cv-00276** |
| | § | |
| **STARR COUNTY, TEXAS,** | § | |
| **EVELARIO GARZA, and** | § | |
| **UBALDO SUAREZ,** | § | |
| **CHESTER CERVANTES,** | § | |
| **ERASMO RIOS JR.,** | § | |
| **DANIEL GARCIA,** | § | |
| **HECTOR LOPEZ III,** | § | |
| **JAVIER GONZALEZ,** | § | |
| **JOEL GARZA,** | § | |
| **EMILIO GARZA,** | § | |
| **JESUS BARRERA JR.,** | § | |
| **CESAR JUAREZ JR.,** | § | |
| **Defendants** | § | |

# EXHIBIT "2"

## Video – Deputy Cervantes Body Camera

**(PLEASE NOTE: A USB CONTAINING COPY OF THE VIDEO WILL BE HAND DELIVERED TO THE US DISTRICT COURT)**