# Starr County Detention Center Checklist

**Name of Inmate:** Pena, Alberto      **Date:** 08/13/20

**Initial**
- [x] Arresting officer & Badge #
- [ ] Complaint for each Charge / Warrant
- [ ] 2CH/CCQ
- [x] Medical Clearance / Ask before Officer Leaves

- [x] In good health / No injuries
- [ ] USM 40
- [x] TRN

**Booking**
- [x] Collect/Log Property/Pat Down
- [ ] Secure Money
- [x] Fill Booking Card
- [x] Interview Suicide/Medical
- [x] Log into XJail
- [x] Run Local Warrant Check
- [ ] Bill Outside agency
- [x] Take Mugshot
- [x] Print Booking Reports/CCQ
- [x] Enter into AFIS machine
- [x] Write-in inmate into Record Book **(State inmates only)**

- [ ] Affis return
- [ ] NON Reportable Affis
- [ ] Call #1 Time: _____
- [ ] Call #2 Time: _____

**By:** J. Garza     **Time:** 5:13 Pm
**Booked by:** J. Garza     **Time:** 5:13 pm
**Supervisor:** _____     **Time:** blam
**LT Signature:** _____     **Time:** _____

**Holds**
- [ ] Copy of Detainer
- [ ] Log it into Booking Card

**Inmate**
- [ ] Issued Property
- [ ] Classified
- [ ] Bracelet (State or Federal)
- [ ] Bag #
- [ ] Add to Roster

**Magistration**
- [ ] JP/Judge signature
- [ ] Bond Amount/Type
- [ ] Days to Appear/Cash fine/ Check if JP Signs 48 hr hold
- [ ] Out of County

**Releasing**
- [ ] Run Local Warrant Check    **By:** _____ **Time:** _____
- [ ] Run NCIC/TCIC Check    **By:** _____ **Time:** _____
- [ ] Return Property / Money
- [ ] Sgt. Approval
- [ ] Inmate signs release sheet /Property Sheet/Mugshot
- [ ] Bond Certificate (Notify Captain, Chief or Sheriff)
- [ ] PR Bond / Time Served
- [ ] Transfer Document in Traffic
- [ ] Court Document (Dismissed, Order of Release, Time Served, etc.)
- [ ] Make sure inmate signs Bond / Copy Bond and Money Order
- [ ] Stamp the Bond with Time and Date
- [ ] Remove from Roster/Books

**Medical**
- [ ] Mental Illness   YES _____ NO _____
  If Yes Notification Sent to JP   Date: _____ Time: _____

**Released by:** _____    **Time:** _____
**Supervisor:** _____    **Time:** _____
**LT Signature:** _____    **Time:** _____

Exhibits to Defendant's Initial Disclosures      000516

# STARR COUNTY DETENTION CENTER BOOKING CARD

| I.D. NO. 140612013103 | INMATE CLASSIFICATION: | | NO. | |
|---|---|---|---|---|
| NAME<br>Vera, Alberto | ALIAS | | | ARREST DATE<br>08/13/20 |
| ADDRESS<br>48 Fresno Circle, Rio Grande City TP  28582 | OCCUPATION<br>Construction | | | ARREST TIME<br>4:37 Pm |
| SOCIAL SECURITY NO.<br>OB 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 | STATE | DRIVER'S LICENSE | TYPE | EXPIRES |

| AGE<br>30 | RACE<br>W | SEX<br>M | EYES<br>Bro | HAIR<br>Bro | HEIGHT<br>5'11 | WEIGHT<br>265 | DATE OF BIRTH<br>02/15/1991 | PLACE OF BIRTH<br>Rio Grande City | TATTOOS OR MARKS<br>Both Arms |
|---|---|---|---|---|---|---|---|---|---|

| OFFN. #1<br>Criminal Mischif CMB. | OFFN. #2 | |
|---|---|---|
| OFFN. #3 | OFFN. #4 | OVER |

| ARRESTING AGENCY<br>SCSO | OFFICER<br>Jorge A. Guerra | MARITAL STATUS<br>Single | STATUS<br>Good | DIABETIC<br>No |
|---|---|---|---|---|
| NEXT OF KIN | EMPLOYER | | OCCUPATION | |

| SENTENCE BEGINS | SENTENCE EXPIRES | HOLD FOR | | |
|---|---|---|---|---|

| BEHAVIOR ☐ GOOD ☐ BAD | HOW RELEASED ☐ BOND ☐ FINE ☐ TRANSFERRED<br>☐ SERVED SENTENCE ☐ OTHER: | DATE RELEASED | TIME |
|---|---|---|---|

| ENTERING R/I PRINT | RELEASING R/I PRINT | BOOKING OFFICER<br>J. Garza | SUPV. | REL. OFFR. | SUPV. |
|---|---|---|---|---|---|
| | | REMARKS: | | | |

Exhibits to Defendant's Initial Disclosures

## STARR COUNTY SHERIFF'S DEPT
## ARREST BOOKING SHEET

2020-09341
CASE #

| PERSON'S INFORMATION | | |
|---|---|---|
| **LAST NAME:** | **FIRST NAME:** | **MIDDLE NAME:** |
| PENA | ALBERTO | |
| **DATE OF BIRTH:** | **SOCIAL SECURITY #:** | **HOME PHONE #:** |
| 2/15/1991 | | |

| ARREST/CHARGES | | | | | | |
|---|---|---|---|---|---|---|
| **ARRESTING OFFICER (PRINT)** | | | **DELIVERING OFFICER (PRINT)** | | | |
| Jorge A. Guerra | | | Jorge A. Guerra | | | |

| TRS | OFFENSE CODE | OFFENSE DATE | CHARGES | LEVEL DEGREE | STATUE CITATION | CASE# |
|---|---|---|---|---|---|---|
| A001 | 29990042 | 8/13/2020 | CRIMINAL MISCHIEF 100>750 | MB | 28.03(B)(2)PC | 2020-09341 |
| A002 | | | | | | |
| A003 | | | | | | |
| A004 | | | | | | |
| A005 | | | | | | |
| A006 | | | | | | |

| ARRESTING AGENCY ORI# | ARRESTING AGENCY | TIME OF ARREST | DATE OF ARREST |
|---|---|---|---|
| TX21400000 | STARR COUNTY SHERIFF'S OFFICE | 2:30PM | 8/13/2020 |

## LOCATION OF ARRESTEE'S VEHICLE
N/A

## TOWED BY:
N/A

| HOLD | |
|---|---|
| AGENCY _____ | WARRANT# _____ |
| CHARGE _____ | OFFICER _____ |

## STARR COUNTY SHERIFF'S DEPT
## ARREST BOOKING SHEET

<u>2020-09341</u>
CASE #

| PERSON'S INFORMATION | | |
|---|---|---|
| **LAST NAME:** | **FIRST NAME:** | **MIDDLE NAME:** |
| PENA | ALBERTO | |
| **DATE OF BIRTH:** | **SOCIAL SECURITY #:** | **HOME PHONE #:** |
| 2/15/1991 | | |

## ARREST/CHARGES

| ARRESTING OFFICER (PRINT) | DELIVERING OFFICER (PRINT) |
|---|---|
| Jorge A. Guerra | Jorge A. Guerra |

| TRS | OFFENSE CODE | OFFENSE DATE | CHARGES | LEVEL DEGREE | STATUE CITATION | CASE# |
|---|---|---|---|---|---|---|
| A001 | 29990042 | 8/13/2020 | ASSAULT AGAINST ELDERLY OR DISABLED INDIVIDUAL | MB | 28.03(B)(2)PC | 2020-09341 |
| A002 | | | | | | |
| A003 | | | | | | |
| A004 | | | | | | |
| A005 | | | | | | |
| A006 | | | | | | |

| ARRESTING AGENCY ORI# | ARRESTING AGENCY | TIME OF ARREST | DATE OF ARREST |
|---|---|---|---|
| TX21400000 | STARR COUNTY SHERIFF'S OFFICE | 2:30PM | 8/13/2020 |

## LOCATION OF ARRESTEE'S VEHICLE
N/A

## TOWED BY:
N/A

## HOLD

AGENCY _____ WARRANT# _____

CHARGE _____ OFFICER _____

Exhibits to Defendant's Initial Disclosures

# COMPLAINT
## STARR COUNTY SHERIFF'S OFFICE



Complaint File NO: **2020-09341**          Cause NO: _____

THE STATE OF VS.          **ALBERTO PENA**

COMPLAINT OFFENSE
## CRIMINAL MISCHIEF >=$100<$750

| IN MUNICIPAL COURT | STATE WITNESSES |
|---|---|
| FILED THIS 13th DAY Of August, 2020 | |
| Starr County, | |

NAME: **ALBERTO PENA**          DATE OF BIRTH: **2/15/1990**

RACE/GENDER: **White / Male**          HEIGHT/WEIGHT: **5' 11" / 209**

DRIVER'S LICENSE: **3410047406 --**          ADDRESS: **3526 FIR ST , EAST CHICAGO, -- 46312**

### IN THE NAME AND BY AUTHORITY OF THE STATE OF :

I, Miguel Cervantes, being duly sworn, do state upon my oath that I have good reason to believe and do believe based upon the following information That on this same date Deputy Cervantes met with Complainant Aristedes Pena who stated that his son ALBERTO PENA 2/15/1990 was highly intoxicated and under the influence of drugs became rowdy and began causing damages to two doors in complainant's house. ALBERTO PENA also caused damages to two sheetrock drywalls by punching his fist inbto the wall causing a hole. According to complainan total amount of damages is $600.00., and I charge that heretofore, and before the making and filing of this complaint, on or about the 13th day of August, 2020, in the County of Starr and the State of TEXAS, ALBERTO PENA, Defendant did PENA, ALBERTO 2/15/1990 intentionally or knowingly damages or destroys the tangible property of the owner; to wit:Two wooden doors and punching his fist into the sheetrock dry wall causing a hole. a Class B misdemeanor if the amount of pecuniary loss is $100 or more but less than $750; Total amount of damages is $600.00 according to complainant.

AGAINST THE PEACE AND DIGNITY OF THE STATE _____

COMPLAINANT

SWORN TO AND SUBSCRIBED BEFORE ME BY _____ , a credible person

this _____ day of _____ , A.D. _____

_____ , Starr County,



Exhibits to Defendant's Initial Disclosures          000520

 

# COMPLAINT AND AFFIDAVIT OF PROBABLE CAUSE FOR ARREST

## STARR COUNTY SHERIFF'S OFFICE
## Case #: 2020-09341
## THE STATE OF
## COUNTY OF STARR

**IN THE NAME AND BY THE AUTHORITY OF THE STATE OF**

Before me, the undersigned authority, on this day personally appeared Miguel Cervantes known to me to I
a credible person and being a Peace Officer under the laws of  and being duly sworn upon oath deposes
and says that he/she has good reason to believe and does believe that
PENA, ALBERTO (DOB: 2/15/1990) on or about the 13th day of August , 2020  A.D.
committed the offense of
29990042 CRIMINAL MISCHIEF >=$100<$750   28.03 (b)(2)
against the peace and dignity of the state.

☐ Affiant has personal knowledge of the following facts:

☒ Affiant has good reason to believe and do believe based on information provided by  (Witness), a
credible person who personally observed such offense as follows:

That on this same date Deputy Cervantes met with Complainant Aristedes Pena who stated that his son
ALBERTO PENA 2/15/1990 was highly intoxicated and under the influence of drugs became rowdy and
began causing damages to two doors in complainant's house. ALBERTO PENA also caused damages to
two
sheetrock drywalls by punching his fist inbto the wall causing a hole. According to complainan
total amount of damages is $600.00.

WHEREFORE, Affiant asks for the issuance of a warrant that will authorize the arrest of the said
described and accused person.

Affiant's signature                              **Miguel Cervantes**
                                                 Affiant's printed name

SUBSCRIBED AND SWORN TO BEFORE ME by said Affiant on this 13th day of August, 2020 A.D.

_____
lagistrate or Notary Public on and for Starr County,

On this the 13th day of August, 2020, I hereby acknowledge I have examined the foregoing affidavit
and have determined that probable cause existed for the arrest of the individual accused therein.

**Magistrate, Starr County,**

**Page 1 of 2**

 



# COMPLAINT AND AFFIDAVIT OF PROBABLE CAUSE FOR ARREST

## STARR COUNTY SHERIFF'S OFFICE
## Case #: 2020-09341
## THE STATE OF
## COUNTY OF STARR

ORDER

On ____ day of _____, _____, the above matter and the defendant were presented and appeared before me and after examining the same found that:

[ ] NO Probable cause exists. Defendant is ORDERED RELEASED instantly.
[ ] Probable cause exists. Defendant is ORDERED that,
    [ ] COMMITMENT SHALL ISSUE AND THE DEFENDANT BE MAGISTRATED
    [ ] A WARRANT SHALL ISSUE FOR THE ARREST OF THE DEFENDANT

Witness my signature this _____ day of _____, _____

BOND IS SET AT $_____

                           MAGISTRATE

**Magistrate, Starr County,**

**Page 2 of 2**

Exhibits to Defendant's Initial Disclosures000522



**Starr County Detention Center**
**ADULT DATA BASE**

Name: Perez, Alberto     DOB: 02/15/1991     Date: 08/13/20

MEDICAL HISTORY:                    AGENCY: SCSO

|  | Yes or No | If yes, what medication? |
|---|---|---|
| ALLERGIES | No | |
| ANXIETY | No | |
| ARTHRITIS | No | |
| HEART DISEASE | No | |
| HIGH BLOOD PRESSURE | No | |
| LUNG DISEASE | No | |
| DIABETES | No | |
| ULCERS | No | |
| EPILEPSY | No | |
| OTHER: | No | |

TUBERCULOSIS _____ Positive reactor: yes no

Chicken Pox: Yes (No)     Mumps: Yes (No)     Measles: Yes (No)

Past Medical/Surgical History:
1. Dislocated Shoulder 5 years Ago 2. _____
3. _____     4. _____

Females Only:     Are you pregnant:          Yes     No
                  Date of last menstrual period: _____
                  # of Pregnancies: _____

Smoker: Yes     Alcohol Use: Yes

Family History:

Diabetes: Yes     High Blood Pressure: Yes     Heart Disease: No

Inmate signature: X Cwm

Officer signature: Joel Garza

Exhibits to Defendant's Initial Disclosures

Pursuant to Art. 104.002
Code of Criminal Procedure
Section H.B.2308

## MEDICAL SERVICE AGREEMENT – STARR COUNTY JAIL

I will reimburse at the STARR COUNTY for any medical expense that I incur while incarcerated in the STARR County Detention Center at rates listed below:

| | |
|---|---|
| Visit to the Hospital and Treatment | Actual Cost |
| Visit to the jail Physician | $10.00 |
| Visit to Dentist | Actual Cost |
| Non-prescription Medicine | $ 0.10 |
| Medical Aids/Equipment | Actual Cost |

I understand that if I am indigent and unable to pay any costs, then I will still be treated. If I receive any funds at any time during my incarceration in the Starr County Detention Center, then my inmate account will debited to pay this indebtedness.

X _____        08/13/20
Inmate Signature                                                    Date

---

Yo reembolso al condado de Starr por los gastos medicos que yo incurra mientras este encarcelado en la facilidad de detencion del condado Starr a los precios mencionados:

| | |
|---|---|
| Visita al doctor del condado | $10.00 |
| Visita y tratamiento de hospital | Costo actual del servicio |
| Visita al odontologo | Costo actual del servicio |
| Costo de medicamento sin recetas medica | $ 0.10 |
| Comprado por farmacia o clinica Aprovada por el condado | Costo actual del servicio |
| Costo por atencion medica y equipo medico | Costo actual del servicio |

Yo entiendo que de yo no estar economicamente disponible para pagar los gastos medicos yo sere tratado de todas maneras y si recibiera fondos en cualquier momento estando encarcelado en el centro de detencion del condado Starr doy permiso a que el dinero de mi cuenta se use para pagar mis deudas medicas.

X _____        _____
Firma del interno                                                   Fecha

# HEALTH SCREENING FORM

ATN:
ID#: 273590

Printed Date: 08/13/2020 16:55

| Screening Deputy's Name: | HLOPEZ |
|---|---|

| Transporting Agency / Officer's Name | |
|---|---|

| 1. | Does the transporting officer have any knowledge of any use of force above soft empty hand being used on the arrestee? (i.e. taser, pepper spray, baton, etc.) | No Answer |
| 2. | Does the transporting officer have any knowledge of the arrestee's use of drugs or alcohol, including but not limited to ingestion of narcotics? | No Answer |

| | |
|---|---|
| Wheelchair/Wheelchair Van? | No |
| Comments: | |
| Independent with specialty shoes? | No |
| Comments: | |
| Prosthesis? If yes, describe type(s): | No |
| Comments: | |
| Any allergies? If yes, describe: | No |
| Comments: | |
| Pending specialty clinic? If yes, describe type: | No |
| Comments: | |
| Any functional limitations? If yes, describe: | No |
| Comments: | |
| Hepatitis A? | No |
| Comments: | |
| Hepatitis B? | No |
| Comments: | |
| Hepatitis C? | No |
| Comments: | |
| HIV/HIV Antibody? | No |
| Comments: | |
| HIV/HIV Antibody: Test Date | No |
| Comments: | |
| HIV/HIV Antibody Test Results: Positive? | No |
| Comments: | |
| HIV/HIV Antibody Test Results: CD4? | No |
| Comments: | |
| HIV/HIV Antibody Test Results: Date? | No |
| Comments: | |
| Syphillis? If yes, describe type: | No |
| Comments: | |
| Syphilis: Date? | No |
| Comments: | |
| Syphillis: Treatment completed? | No |
| Comments: | |
| Tuberculosis? | No |
| Comments: | |
| Tuberculosis: Skin test given? | No |
| Comments: | |

Page 1 of 7

000526

| | |
|---|---|
| Tuberculosis: Skin test result: Positive? | No |
| Comments: | |
| Tuberculosis: Skin test: Date read? | No |
| Comments: | |
| Tuberculosis: Skin test: MM*? | No |
| Comments: | |
| Tuberculosis: X-Ray performed? | No |
| Comments: | |
| Tuberculosis: X-Ray results: Abnormal? | No |
| Comments: | |
| Tuberculosis: X-Ray results: Date read? | No |
| Comments: | |
| Cleared for transportation? | No |
| Comments: | |
| Other health care problems? | No |
| Comments: | |
| Former Victim Of Prison Rape Or Sexual Assault Within The Past Ten Years? | No Answer |
| Comments: | |
| Is The Inmate Under 25? | No Answer |
| Comments: | |
| Is The Inmate Over 65? | No Answer |
| Comments: | |
| Small Physical Stature(Males Only) | No Answer |
| Comments: | |
| Developmental Disability/Mental Health History | No Answer |
| Comments: | |
| Is This The Inmates First Time Being Incarcerated | No Answer |
| Comments: | |
| Homosexual/Bi-Sexual/Overtly Effeminate | No Answer |
| Comments: | |
| History Of Any Sexual Abuse Within The Past Ten Years? | No Answer |
| Comments: | |
| History Of Correctional Facility Consensual Sex Within The Past Ten Years? | No Answer |
| Comments: | |
| History Of Placement In Protective Custody Within The Past Ten Years? | No Answer |
| Comments: | |
| Institutional Predatory Sexual Behavior Within The Past Ten Years? | No Answer |
| Comments: | |
| Current Or Prior Convictions For Rape, Child Abuse Or Neglect Within The Past Ten Years? | No Answer |
| Comments: | |
| Sexual Abuse Or Sexual Assault Toward Others Within The Past Ten Years? | No Answer |
| Comments: | |
| Current Gang Affiliation? | No Answer |
| Comments: | |
| Institutional Assaults Within The Past Ten Years? | No Answer |
| Comments: | |

# HEALTH SCREENING FORM

| | |
|---|---|
| Institutional Consensual Sex Within The Past Ten Years? | No Answer |
| Comments: | |
| Institutional Sexual Taunting Toward Staff Or Other Inmates Within The Past Ten Years? | No Answer |
| Comments: | |
| Overly Masculine(Females Only) | No Answer |
| Comments: | |
| Any current mental health or IDD needs? | No |
| Comments: | |
| Is there a history of mental health or IDD needs? | No |
| Comments: | |
| Mental Health? If yes, describe diagnosis: | No |
| Comments: | |
| IDD? If yes, describe diagnosis: | No |
| Comments: | |
| Alzheimer's disease? | No |
| Comments: | |
| Dementia? | No |
| Comments: | |
| Any cognitive disorder(s)? If yes, describe: | No |
| Comments: | |
| Currently suicidal? | No |
| Comments: | |
| Recently suicidal? | No |
| Comments: | |
| Any history of being suicidal? | No |
| Comments: | |
| Has been psychiatrically stable feor 30 or more days? | No |
| Comments: | |
| Competency restoration: Inpatient? | No |
| Comments: | |
| Competency restoration: Jail based? | No |
| Comments: | |
| Competency restoration: Outpatient? | No |
| Comments: | |
| Competency restoration: Unknown? | No |
| Comments: | |
| Competency restoration date? | No |
| Comments: | |
| Competency restoration location? | No |
| Comments: | |
| Is the inmate unable to answer questions? If yes, note why, notify supervisor and place on suicide watch until form completed. | No |
| Comments: | |
| 1a. Does the arresting/transporting officer believe or has the officer received information that inmate may be at risk of suicide? | No |
| Comments: | |

000528

| | |
|---|---|
| 1b. Are you thinking of killing or injuring yourself today? If so, how? | No |
| Comments: | |
| 1c. Have you ever attempted suicide? If so, when and how? | No |
| Comments: | |
| 1d. Are you feeling hopeless or have nothing to look forward to? | No |
| Comments: | |
| 2. Do you hear any noises or voices other people do not seem to hear? | No |
| Comments: | |
| 3. Do you currently believe that someone can control your mind or that other people can know your thoughts or read your mind? | No |
| Comments: | |
| 4. Prior to arrest, did you feel down, depressed, or have little interest or pleasure in doing things? | No |
| Comments: | |
| 5. Do you have nightmares, flashbacks or repeated thoughts or feelings related to PTSD or something terrible from your past? | No |
| Comments: | |
| 6. Are you worried someone might hurt or kill you? If female, ask if they fear someone close to them | No |
| Comments: | |
| 7. Are you extremely worried you will lose your job, position, spouse, significant other, custody of your children due to arrest? | No |
| Comments: | |
| 8. Have you ever received services for emotional or mental health problems? | No |
| Comments: | |
| 9. Have you been in a hospital for emotional/mental health in the last year? | No |
| Comments: | |
| 10. If yes to 8 or 9, do you know your diagnosis? If no, put Does not know in comments. | No |
| Comments: | |
| 11. In school, were you ever told by teachers that you had difficulty learning? | No |
| Comments: | |
| 12. Have you lost / gained a lot of weight in the last few weeks without trying (at least 5lbs.)? | No |
| Comments: | |
| 13. Does inmate show signs of depression (sadness, irritability, emotional flatness)? | No |
| Comments: | |
| 14. Does inmate display any unusual behavior, or act or talk strange (cannot focus attention, hearing or seeing things that are not there)? | No |
| Comments: | |
| 15. Is the inmate incoherent, disoriented or showing signs of mental illness? | No |
| Comments: | |
| 16. Inmate has visible signs of recent self-harm (cuts or ligature marks)? | No |
| Comments: | |
| Serious Injury/Hospitalization In Last 90 Days? If Yes, Describe: | No |
| Comments: | |
| Currently Taking Any Prescription Medications? If Yes, Describe: | No |
| Comments: | |
| Any Disability/Chronic Illness (Diabetes, Hypertension, Etc.) If Yes, Describe: | No |
| Comments: | |
| Does Inmate Appear To Be Under The Influence Of Alcohol Or Drugs? If Yes, Describe: | No |
| Comments: | |

| | |
|---|---|
| Do You Have A History Of Drug/Alcohol Abuse?  If Yes, Note Substance And When Last Used | No |
| Comments: | |
| *Do You Think You Will Have Withdrawal Symptoms From Stopping The Use Of Medications Or Other Substances (Including Alcohol Or Drugs) While You Are In Jail?  If Yes, Describe: | No |
| Comments: | |
| *Have You Ever Had A Traumatic Brain Injury, Concussion, Or Loss Of Consciousness?  If Yes, Describe: | No |
| Comments: | |
| Any current medical problems? | No |
| Comments: | |
| Any history of medical problems? | No |
| Comments: | |
| Diabetes? | No |
| Comments: | |
| Diabetes: Insulin required? | No |
| Comments: | |
| Diabetes: Special diet required? | No |
| Comments: | |
| Pregnancy?  If yes, provide number of weeks: | No |
| Comments: | |
| Pregnancy: High risk? | No |
| Comments: | |
| Cardiovascular/Heart Trouble? If yes, describe diagnosis: | No |
| Comments: | |
| Drug abuse? | No |
| Comments: | |
| Drug abuse: Detox? If yes, describe type/status: | No |
| Comments: | |
| Alcohol abuse? | No |
| Comments: | |
| Alcohol abuse: Detox? If yes, describe type/status: | No |
| Comments: | |
| Orthopedic problems? If yes, describe type(s): | No |
| Comments: | |
| Asthma? | No |
| Comments: | |
| Dental needs? | No |
| Comments: | |
| Dialysis? | No |
| Comments: | |
| Hypertension? | No |
| Comments: | |
| Oxygen? | No |
| Comments: | |
| Seizure? | No |
| Comments: | |
| Recent surgery? If yes, describe type(s): | No |
| Comments: | |

# HEALTH SCREENING FORM

| | |
|---|---|
| Recent surgery? Date(s): | No |
| Comments: | |
| Any special needs? | No |
| Comments: | |
| Skilled nursing? | No |
| Comments: | |
| Extended care? | No |
| Comments: | |
| Psychiatric inpatient? | No |
| Comments: | |
| Isolation? If yes, describe reason: | No |
| Comments: | |
| Other? If yes, describe: | No |
| Comments: | |
| Any restrictions? | No |
| Comments: | |
| Ambulance? | No |
| Comments: | |
| Crutches/Cane/Walker? | No |
| Comments: | |

If a visible sign, audible sign or any "yes" or "incorrect" answer to a question is made the medical unit should be contacted for further screening.

| | |
|---|---|
| Was the medical unit notified? | No Answer |

Name of the medical staff notified:                     Date/Time:

Medical Remarks/Comments:

| | |
|---|---|
| Was the inmate informed about medical and mental health services and how to access them? | No Answer |

**(Circle all applicable)**

1. Referred to a treatment facility for clearance.

    Yes

2. Recommend housing in:

General Population    Special Needs    Special Management    High Observation

3. Referral to:

    Healthcare    Mental Health    Dentist

4. Referral to appropriate health care service for emergency treatment.

    Yes    No

**Arrestee Signature:**

**Officer Signature:**

# STARR COSO
# Arrest Register

### ATN 140012013103

Arrestee
**ALBERTO PENA**

## ARRESTEE DATA

| Last Name | First | Middle |
|---|---|---|
| **PENA** | **ALBERTO** | |



| Race | Sex | DOB | Ethnicity | Hair | Eyes | Height | Weight |
|---|---|---|---|---|---|---|---|
| **W** | **M** | **02/15/1990** | **HISP** | **BRO** | **BRO** | **5 ft. 11 in.** | **265** |

Arrestee Address
**48 FRESNO CIRCLE   RIO GRANDE CITY, TX  78582**

| SSN | License | SID | CCN |
|---|---|---|---|
| **309080699** | | | **734177** |

ALIAS Name (last,first,middle,suffix), ALIAS Sex, Race, DOB

| Birth State | Nationality |
|---|---|
| **TX** | **US** |

## ARREST DATA

| Location of Arrest | Arrest Date & Time |
|---|---|
| **100 E 6TH STREET  RIO GRANDE CITY TX** | **08/13/2020 16:49** |

| Cross Street | Grid |
|---|---|
| | |

| Arresting Officer's Name 1 | Officer's PR # | Unit |
|---|---|---|
| **JORGE. A GUERRA** | | |

| Arresting Officer's Name 2 | Officer's PR # | Credit |
|---|---|---|
| | | |

| Transporting Officer's Name | Trans. Officer's PR # | Credit Description |
|---|---|---|
| **JORGE. A GUERRA** | | |

## CHARGES

| Item Number | S/A/W | Type | Charge Code | Charge Title | Instant Charge |
|---|---|---|---|---|---|
| | | **MB** | **29990042** | **CRIMINAL MISCHIEF >=$100<$750** | **Y** |

## REMARKS

Listed below is the list of Prohibited Acts in this Jail Facility. Any violations will be cause of disciplinary action/or criminal.

1. Misuse or saving of authorized medication.
2. Possession of property belonging to another.
3. Possession of unauthorized clothing.
4. Insolence towards any deputy or staff member.
5. Failure to follow sanitation or safety standards.
6. Passing or receiving contraband from or to another inmate
7. Using the intercom for reasons other than emergencies.
8. No smoking.
9. Using abusive or obscene language or gestures towards any deputy or staff member.
10. Unauthorized use of mail or telephones.
11. Possession of tattooing paraphernalia or tattooing.
12. Indecent exposure.
13. Mutilating destroying, altering or damaging issued clothing, mattresses, bedding or property of another inmate or the county of Starr.
14. Conduct which disrupts or interferes with the orderly running of the jail.
15. Assaulting or fighting another person.
16. Engaging in sexual acts or making sexual proposals to others.
17. Tempering with or blocking any locking device or door system.
18. Possession of, introduction or use of any narcotics, narcotic paraphernalia, drugs or intoxicants or imitations thereof not prescribed for the individual by medical staff.
20. Gambling
21. Lying to or providing a false statement to a deputy or staff member.

Listed below are instructions and services that are available to you while you are confined in the Starr County Jail.

1. You may mail as many letters as you desire to whomever you desire, if you have funds available to buy stamps and writing materials. If you are indigent, you will receive 3 stamps and envelopes per week.
2. You may receive any letters mailed to you, but will permitted to retain only enough letters in your cell that will not constitute a fire hazard.
3. Inflammatory writing or hard-core pornography will be rejected; any publication must be approved by the jailor on duty.
4. Visitation will be Wednesday, Fridays, Saturdays and Sunday depending on the cell you are placed in.
5. Telephones are available in the cells on a collect call basis.
6. Commissary is available from Mondays to Thursdays.
7. Upon medical request, medical and dental services are available to you require attention. Notify the Jailer on duty.
8. You are expected to eat the food provided by the jail. Food cannot be mailed to you brought to you. Food will not be stored in cells or dayrooms as doing so attracts vermin.
9. Grievance Procedures are available for a violation of a right of privilege by a member of this Department.

NOTE: Any inmate who file a grievance which provides to be a false or a lie shall be subject to disciplinary action. All grievances shall be in writing, addressed to the Grievance officer. **By signing this paper you are agreeing to the rules of this facility.**



Exhibits to Defendant's Initial Disclosures

000534



# STARR COUNTY JAIL
## VISIT LIST

DATE / FECHA: 08/13/20
INMATE'S NAME / NOMBRE DEL PRESO: Pera, Alberto
CELL / CELDA: _____

PLEASE GIVE THE NAMES OF THE PERSON YOU WANT VISIT WITH.
FAVOR DE DAR LOS NOMBRES DE LAS PERSONAS QUE TE VISITEN.

NAME / NOMBRE:                                    RELATION / RELACION:

1. _____        _____

2. _____        _____

3. _____        _____

4. _____        _____

5. _____        _____

INMATE SIGNATURE / FIRMA DEL PRESO:

Ⓧ _____

APPROVED BY:                        DATE: 08/13/20

_____
CAPT. J.H. DORIA

_____
LT. J. RODRIGUEZ

Exhibits to Defendant's Initial Disclosures

## ACKNOWLEDMENT OF PERSONAL PROPERTY NOT CLAIMED WITHIN 30 DAYS

Please be advised that the **STARR COUNTY JAIL, STARR COUNTY, TEXAS** is not responsible for any property that is not claimed within the 30 days from the day you are released from the Starr County Jail.

You will be given an opportunity to have all property transferred to your attorney or a relative while incarcerated at the Starr County Jail.

Any property, which is not claimed, will be disposed of within 30 days. This property will be considered abandoned and will be destroyed or otherwise disposed of by the Starr County Jail.

X _A[signature]_

(Inmate) Signature

_08/13/20_

Date Signed

_Joel Garsu_

Booking Officer Signature

_08/13/20_

Date Signed

_____

Witness Signature

_____

Date Signed

**RENE "ORTA" FUENTES**
SHERIFF

**LARRY FUENTES**
CHIEF DEPUTY



102 EAST 6th STREET
PHONE: (956) 487- 5571
FAX NUMBER: (956) 487- 0021
RIO GRANDE CITY,TEXAS 78582

**CARLOS DELGADO**
MAJOR

**JOSE R. MOLINA JR.**
CAPTAIN

**J. HECTOR DORIA**
JAIL ADMINISTRATOR

## ACKNOWLEDGMENT OF PROHIBITED ACTS AND SERVICES

Please be advised that the STARR COUNTY JAIL. STARR COUNTY, TEXAS requires your acknowledgment of prohibited acts in this facility. Any violations will be cause for disciplinary actions and or criminal prosecution.

The STARR COUNTY JAIL . STARR COUNTY, TEXAS also requires your acknowledgment of instructions and services that are available to you while you are confined to the STARR COUNTY JAIL.

## RECONOCIMIENTO DE ACTOS Y SERVICIOS PROHIBIDOS

Esta avisado que la STARR COUNTY JAIL. STARR COUNTY TEXAS. require su reconocimiento de actos prohibidos en esta institution. Cualquier violacion de las reglas sera causa para accion disciplinaria o prosecution criminal.

La STARR COUNTY JAIL, STARR COUNTY, TEXAS tambien requiere su reconocimiento de instruciones y servicios que estan disponibles mientras estan en esta institucion.

X _allulful_

Inmate signature

_Joel Corro_

Booking officer

_0813120_
Date

_08|13|2C_
Date

NO MONEY ORDER WILL BE ACCEPTED
THAT ECEEDS THE INMATE ACCOUNT
ABOVE $500.00

NINGUN GIRO SE ACEPTARA SI PASA EL
LIMITE DE $500.00 DE LA CUENTA DEL
REO.

X_____

**PLEASE BE ADVISED ALL CALLS ARE BEING MONITORED AND RECORDED.**

**SE LE AVISA QUE LAS LLAMADAS SE ESTAN MONITORIANDO Y GRABANDO.**



**To avoid disciplinary actions the following rules must be enforced:**

1.  **NO writing or carving on walls or windows is permitted including gang affiliation symbols.**

2.  **NO magazine or personal pictures are allowed on the walls.**

3.  **NO light fixtures or windows will be covered.**

4.  **NO personal washing of clothes will be permitted in sinks or commodes.**

**Para evitar accion disciplinaria las siguientes reglas seran enforsadas:**

1.  **NO se permite ningun tipo de pintados o rayones en las paderes o ventanas eso es incluyendo simbolos afiliados con gangas.**

2.  **NO se permite ningun tipo de fotos de magazine o personales pegadas en las paredes.**

3.  **NO se permite tapar las instalaciones de luces o ventanas .**

4.  **NO se permite lavar ropa interior en los lavamanos o servicios sanitarios.**

X _____

Inmate Name: Dera, Alberto

INNMATE SIGNATURE⊗

Booking Number: _____

OFFICER SIGNATURE X Joel Cora

Date: 02/18/20

# DECISION TREE

## Determining "Reasonable Belief" in Conducting a Strip Search

If adult facility security dictates strip searching, then the following elements may permit the conduct of a strip search:



Exhibits to Defendant's Initial Disclosures

000541

## STARR COUNTY DETENTION
## GANG AFFILIATION (SELF ADMISSION) FORM

INMATE NAME: _Pera, Alberto_

STREET NAME/ALIAS: _N/A_

STREET/PRISON GANG NAME: _____

S.S.#: _____ DOB: _____ AGE: ____ SEX: _____

RACE: ____ HEIGHT: ____ WEIGHT: ____ HAIR: ____ EYES ____

GANG RELATED TATTOOS: _____

_____

PRISON GANG RIVALS: _____

HAVE YOU EVER BELONGED TO ANY OTHER GANG? _____
IF YES, PLEASE LIST: _____

HAVE YOU EVER BEEN IDENTIFIED AS A GANG MEMBER IN
PRISON? _____ IF YES, WHAT FACILITY? _____
STATE _____ FEDERAL _____ YEAR _____

ON THE ABOVE MENTIONED DATE, THE SUBJECT WAS INTERVIEWED AND
QUESTIONED WITH REGARDS TO STREET/PRISON GANG INFORMATION. SUBJECT
ADMITS TO BEING A MEMBER OF THE ABOVE MENTIONED GANG. SUBJECT ADMITS
TO THIS ADMISSSION ON SUBJECT'S OWN FREE WILL AND ACCORDING TO SUBJECT
ALSO ADMITS THAT SUBJECT HAS NOT BEEN COERCED IN ANY MATTER BY ANYONE.
SUBJECT ALSO UNDERSTANDS THAT THIS ACKNOWLEDGMENT(OR ADMISSION) OF
GANG AFFILIATION WILL BECOME PART OF THE SUBJECTS RECORD.

INMATE SIGNATURE: X _____ DATE: _08/13/20_

BOOKING OFFICER: _J. Garza_ DATE: _08/13/20_

SHIFT SUPERVISOR: _____ DATE: _____

Exhibits to Defendant's Initial Disclosures

| TRN | | DATE OF ARREST (DOA) | | DPS NO. (SID) | FBI NO. | | CONTRIBUTOR ORI | | OUT OF COUNTY? | | OUT OF COUNTY ORI |
|---|---|---|---|---|---|---|---|---|---|---|---|
| 928405589X | | 08132020 | | | | | TX2140000 | | YES | | |

| NAME (LAST, FIRST MIDDLE) (NAM) | | DATE OF BIRTH (DOB) | PLACE OF BIRTH (POB) | SEX | RACE | ETH. | HGT. | WGT. | OUT OF COUNTY WARRANT NO. |
|---|---|---|---|---|---|---|---|---|---|
| PENA, ALBERTO | | 02151990 | TX | M | W | | 511 | 265 | |

| EYE | HAIR | SKIN TONE | SOCIAL SECURITY NO. (SOC) | SCARS, MARKS, TATTOOS, AMPUTATIONS (SMT) | | LEAVE BL |
|---|---|---|---|---|---|---|
| BRO | BLK | MED | | | | |

| MISC. NO. (MNU) | | CITZ. | DRIVER LICENSE NO. (OLN) | STATE | TYPE | ID CARD NO. (IDN) | | STATE |
|---|---|---|---|---|---|---|---|---|
| | | US | | | | | | |

LICENSE CERTIFICATION AND ISSUING AUTHORITY — LICENSE

| ALIAS NAME(S) (AKA) | ADDRESS | CITY | STATE | ZIP |
|---|---|---|---|---|
| | | | | |

| CHARGING AGENCY ORI | CHARGING AGENCY NAME | AGENCY ARREST NO. (AGN) | AGENCY CASE NO. (OCA) | FIREARM CODE |
|---|---|---|---|---|
| TX2140000 | STARR CO SO RIO GRANDE CITY | | 2020-09341 | |

| TRS | GDC | DOMESTIC VIOLENCE OFFENSE Y or N | OFFENSE CODE (AON) | OFFENSE LITERAL (AOL) | PRINTED BY |
|---|---|---|---|---|---|
| A001 | | | 29990042 | CRIMINAL MISCHIEF >=$100<$750 | jgarza |

| VICTIMS AGE (VIC) | STATUTE CITATION (CIT) | LEVEL & DEGREE | FELONY (1,2,3 or S) | MISDEMEANOR (A,B or C) | DATE OF OFFENSE (DOO) | WARRANT HOLDER ORI |
|---|---|---|---|---|---|---|
| | PC 28.03(b)(2) | | | B | | |



| 1. R. THUMB | 2. R. INDEX | 3. R. MIDDLE | 4. R. RING | 5. R. LITTLE |
|---|---|---|---|---|

| 6. L. THUMB | 7. L. INDEX | 8. L. MIDDLE | 9. L. RING | 10. L. LITTLE |
|---|---|---|---|---|

IDX TP5300ED 105409          Lexma MS       406493?   20200813 17:04:19

LEFT FOUR FINGERS TAKEN SIMULTANEOUSLY     L. THUMB   R. THUMB     RIGHT FOUR FINGERS TAKEN SIMULTANEOUSLY

## ARREST/IDENTIFICATION

| TRN | DATE OF ARREST (DOA) | DPS NO. (SID) | FBI NO. | CONTRIBUTOR ORI | OUT OF COUNTY? | OUT OF COUNTY ORI |
|---|---|---|---|---|---|---|
| 928405589X | 08132020 | | | TX2140000 | YES | |

| NAME (LAST, FIRST, MIDDLE) (NAM) | DATE OF BIRTH (DOB) | PLACE OF BIRTH (POB) | SEX | RACE | ETH. | HGT. | WGT. | OUT OF COUNTY WARRANT NO. |
|---|---|---|---|---|---|---|---|---|
| PENA, ALBERTO | 02151990 | TX | M | W | | 511 | 265 | |

| EYE | HAIR | SKIN TONE | SOCIAL SECURITY NO. (SOC) | SCARS, MARKS, TATTOOS, AMPUTATIONS (SMT) | LEAVE BLANK |
|---|---|---|---|---|---|
| BR O | BLK | MED | | | |

| MISC NO. (MNU) | CITZ | DRIVER LICENSE NO. (OLN) | STATE | TYPE | ID CARD NO. (IDN) | STATE |
|---|---|---|---|---|---|---|
| | US | | | | | |

| LICENSE CERTIFICATION AND ISSUING AUTHORITY | LICENSE NO. |
|---|---|
| | |

| ALIAS NAME(S) (AKA) | ADDRESS | CITY | STATE | ZIP |
|---|---|---|---|---|
| | | | | |

| CHARGING AGENCY ORI | CHARGING AGENCY NAME | AGENCY ARREST NO. (AGN) | AGENCY CASE NO. (OCA) | FIREARM CODE |
|---|---|---|---|---|
| TX2140000 | STARR CO SO RIO GRANDE CITY | | 2020-09341 | |

| TRS | GOC | DOMESTIC VIOLENCE OFFENSE? Y or N | OFFENSE CODE (AON) | OFFENSE LITERAL (AOL) |
|---|---|---|---|---|
| A001 | | | 29990042 | CRIMINAL MISCHIEF >=$100<$750 |

| VICTIM'S AGE (VIC) | STATUTE CITATION (CIT) | LEVEL & DEGREE | FELONY (X,1,2,3 or S) | MISDEMEANOR (A, B or C) | DATE OF OFFENSE (DOO) | WARRANT HOLDER ORI |
|---|---|---|---|---|---|---|
| | PC 28.03(b)(2) | | | B | | |

| WARRANT HOLDER CASE NO. | ARREST DISPOSITION (ADN) | DISPOSITION DATE (ADA) | PROSECUTOR ORI (REF) | TRANS HAZ MATERIAL? Y or N | OPER COM VEHICLE? Y or N | LICENSE NO. | STATE | YEAR |
|---|---|---|---|---|---|---|---|---|
| | HELD | 08132020 | TX214013A | | | | | |

| PREPARED BY, PLEASE PRINT | DATE |
|---|---|
| Garza, Joel | 08132020 |

## PROSECUTOR

| PROSECUTOR ORI (ORIP) | PROSECUTOR OFFICE |
|---|---|
| | |

| PROSECUTOR ACTION CODE USE ONLY ONE CODE REFER TO PAF CODE LIST | PROSECUTOR ACTION LITERAL | PROSECUTOR ACTION DATE (PAD) |
|---|---|---|
| | | |

| GOC | DOMESTIC VIOLENCE OFFENSE? Y or N | CHANGED OFFENSE CODE (PON) | OFFENSE LITERAL (POL) | VICTIM'S AGE (VIC) | STATUTE CITATION (CIT) |
|---|---|---|---|---|---|
| | | | | | |

| CHARGES FILED IN ( COURT ORI) | COURT NAME | LEVEL & DEGREE | FELONY (X,1,2,3 or S) | MISDEMEANOR (A,B or C) |
|---|---|---|---|---|
| | | | | |

| PREPARED BY, PLEASE PRINT | DATE | ADDITIONAL CHARGES BY PROSECUTOR, NOT PRESENT AT ARREST? Y or N | IF YES, FILL OUT SUPPLEMENTAL FORM |
|---|---|---|---|
| | | | |

## COURT

| COURT ORI (ORIC) | COURT NAME | CAUSE NUMBER (CAU) |
|---|---|---|
| | | |

| GOC | DOMESTIC VIOLENCE OFFENSE? Y or N | OFFENSE CODE (CON) | OFFENSE LITERAL (COL) | VICTIM'S AGE (VIC) | STATUTE CITATION (CIT) | DEGREE OF DISPOSED OFFENSE | FELONY (X,1,2,3 or S) | MISDEMEANOR (A, B, or C) |
|---|---|---|---|---|---|---|---|---|
| | | | | | | | | |

| FINAL PLEA (FPO) | GUILTY | NO CONTEST | NOT GUILTY | COURT DISPOSITION DATE (CDD) | SENTENCE/STATUS DATE (DOS) | COURT DISPOSITION (CDN) | COURT COST (CST) |
|---|---|---|---|---|---|---|---|
| | | | | | | | |

| CONFINEMENT (CMT) | SENTENCE SUSPENDED - TIME (CSS) | PROBATION (CPR) | FINE (CFN) | SENTENCE SUSPENDED-FINE (CSF) |
|---|---|---|---|---|
| __Y__ M__ D | __Y__ M__ D | __Y__ M__ D | | |

| COURT PROVISION (CPN) | COURT PROVISION LITERAL (CPL) | MULTIPLE SENTENCES (MCC) | |
|---|---|---|---|
| | | CONCURRENT | CONSECUTIVE |

| AGENCY TO RECEIVE CUSTODY (ARC) | APPEAL DATE (DCA) | OFFENDER STATUS DURING APPEAL (DDA) | RESULT OF APPEAL (FCO) |
|---|---|---|---|
| | | | |

| CHECK BOX TO INDICATE DIC-17 DATA IS PRESENT | BEGINNING DATE OF SUSPENSION | EDUCATION PROGRAMS | DWI | EDUCATION REQUIRED | EDUCATION WAIVED | REPEAT OFFENDER REQUIRED |
|---|---|---|---|---|---|---|
| | ENDING DATE OF SUSPENSION | | DRUGS | EDUCATION COMPLETED | INTERLOCK REQUIRED | REPEAT OFFENDER COMPLETED |

| PREPARED BY, PLEASE PRINT | DATE |
|---|---|
| | |

| FOR LOCAL AGENCY USE |
|---|
| |

**IS THE USE OF SUPPLEMENT REQUIRED ON THIS INCIDENT?** YES ☐ NO ☐

**MAIL TOP COPY TO: TEXAS DEPARTMENT OF PUBLIC SAFETY PO BOX 4143 AUSTIN TX 78765 – 4143**

WHITE – ARREST REPORTING SHEET   YELLOW – PROSECUTOR REPORTING SHEET   PINK – COURT REPORTING SHEET

CR-43 (Rev. 8/10)

**Received Time:**      15:56:14 08-13-20     **Source ORI:**      TXNCIC000

**Summary:**      QH: REQ=DEP C CERVANTEZ 155 OPR=CARLA LOZANO RFI=CRIMINAL MISCHIEF
NAM=PENA,ALB

**View Message Details**

7L01RGSA
TX21400A0
THIS NCIC INTERSTATE IDENTIFICATION INDEX RESPONSE IS THE RESULT OF YOUR
INQUIRY ON NAM/PENA,ALBERTO SEX/M RAC/W DOB/19900215 PUR/C
ATN/DEP C CERVANTEZ 155

| NAME | FBI NO. | INQUIRY DATE |
|------|---------|--------------|
| PENA,ALBERTO | 659297AC6 | 2020/08/13 |

| SEX | RACE | BIRTH DATE | HEIGHT | WEIGHT | EYES | HAIR | PHOTO |
|-----|------|-----------|--------|--------|------|------|-------|
| M | W | 1990/02/15 | 408 | 137 | BRO | BLK | Y |

BIRTH PLACE
TEXAS

FINGERPRINT CLASS      PATTERN CLASS

ALIAS NAMES
PENA,ALBERTO N

SOCIAL SECURITY
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

IDENTIFICATION DATA UPDATED 2020/06/18

THE CRIMINAL HISTORY RECORD IS MAINTAINED AND AVAILABLE FROM THE
FOLLOWING:
   TEXAS          - STATE ID/TX07081133
   INDIANA        - STATE ID/IN01628589

THE RECORD(S) CAN BE OBTAINED THROUGH THE INTERSTATE IDENTIFICATION
INDEX BY USING THE APPROPRIATE NCIC TRANSACTION.


END
MRI: 55008825 IN: NCIC 223523 AT 13AUG2020 15:56:14
OUT: RGSA 139 AT 13AUG2020 15:56:14

Exhibits to Defendant's Initial Disclosures         000545

**Received Time:**        15:57:02 08-13-20      **Source ORI:**       TXCCHW000
**Summary:**           QR: PUR=C RFI=CRIMINAL MISCHIEF 2020-09341 FBI=659297AC6
**View Message Details**

2L01RGSA M55010300.QR.TX21400A0.FBI/659297AC6.PUR/C.ATN/CEP C CERVANTEZ
155.RFI/CRIMINAL MISCHIEF 2020-09341RGSA
TEXAS DEPARTMENT OF PUBLIC SAFETY COMPUTERIZED CRIMINAL HISTORY (V 0.20)

THE FOLLOWING RECORD PERTAINS TO DPS NUMBER/TX 07081133

THE FOLLOWING RECORD CONTAINS JUVENILE JUSTICE INFORMATION.

NAME(S)
PENA,ALBERTO

| FBI NUMBER | DPS NUMBER | |
|---|---|---|
| 659297AC6 | TX 07081133 | |

| SOCIAL SECURITY | DRIVERS LICENSE | ID NUMBER |
|---|---|---|
| 309080699 | | |

| SEX | RACE | SKIN TONE |
|---|---|---|
| MALE | WHITE | MEDIUM |

| HEIGHT | WEIGHT | DATE OF BIRTH |
|---|---|---|
| 511 | 225 | 02-15-1990 |

| HAIR COLOR | EYE COLOR | FINGERPRINT PATTERN |
|---|---|---|
| Black | BROWN | |

| AFIS FINGERPRINT | RIDGE COUNT | PRIMARY CLASS |
|---|---|---|
| RSSRSLSLSL | | |

| PLACE OF BIRTH | CITIZEN | III CODE |
|---|---|---|
| TX | US | MULTI-STATE |

DNA
N

| DATE OF REPORT | ORIGINATION DATE | DATE OF LAST UPDATE |
|---|---|---|
| 08-13-2020 | 04-25-2003 | 06-18-2020 |

===============================================================================
```
    EVENT CYCLE 1
        TRACKING NUMBER    0038237849
        DETENTION DATE     03-11-2003
        TYPE               JUVENILE
        AGENCY             TX2140300 - ROMA POLICE DEPARTMENT
        NAME               PENA,ALBERTO
        -----------------------------------------------------------------
        TRACKING SUFFIX    A001
        -----------------------------------------------------------------
        OFFENSE DATA
            AGENCY CASE NUMBER  03-0333
            OFFENSE DATE        03-11-2003
            OFFENSE             POSS MARIJ &lt;= 2 OZ DRUG FREE ZONE
            CITATION            HSC 481.121(b)(1)
            LEVEL &amp; DEGREE     MISDEMEANOR - CLASS UNKNOWN
            DISPOSITION LITERAL REFERRED
            DISPOSITION DATE    03-11-2003
            REFERRED            TX214025G - TRI COUNTY JUVENILE PROBATION DEPT
        -----------------------------------------------------------------
```

Exhibits to Defendant's Initial Disclosures            000546

NO PROSECUTION DATA AVAILABLE
-----------------------------------------------------------------
COURT DATA
    COURT AGENCY          TX214025G - TRI COUNTY JUVENILE PROBATION DEPT
    COURT OFFENSE         POSS MARIJ &lt;= 2 OZ DRUG FREE ZONE
    CITATION              HSC 481.121(b)(1)
    LEVEL &amp; DEGREE       MISDEMEANOR - CLASS UNKNOWN
    DISPOSITION          DEFERRED PROSECUTION
    DISPOSITION DATE      03-12-2003
    SENTENCE DATE        03-12-2003
    FINAL PLEADING       UNREPORTED/OR UNKNOWN
    PROBATION            6M

=================================================================

EVENT CYCLE 2
    TRACKING NUMBER       0038237938
    DETENTION DATE        03-11-2003
    TYPE                  JUVENILE
    AGENCY               TX2140300 - ROMA POLICE DEPARTMENT
    NAME                  PENA,ALBERTO
-----------------------------------------------------------------
    TRACKING SUFFIX    A001
-----------------------------------------------------------------
    OFFENSE DATA
        AGENCY CASE NUMBER  03-0333
        OFFENSE DATE        03-11-2003
        OFFENSE            POSS CS PG1&gt;1G DRUG FREE ZONE
        CITATION           HSC 481.134(c)
        LEVEL &amp; DEGREE     FELONY - STATE JAIL FELONY
        DISPOSITION LITERAL REFERRED
        DISPOSITION DATE    03-11-2003
        REFERRED           TX214025G - TRI COUNTY JUVENILE PROBATION DEPT
-----------------------------------------------------------------
    NO PROSECUTION DATA AVAILABLE
-----------------------------------------------------------------
    COURT DATA
        COURT AGENCY          TX214025G - TRI COUNTY JUVENILE PROBATION DEPT
        COURT OFFENSE        POSS CS PG1&gt;1G DRUG FREE ZONE
        CITATION           HSC 481.134(c)
        LEVEL &amp; DEGREE     FELONY - STATE JAIL FELONY
        DISPOSITION        DEFERRED PROSECUTION
        DISPOSITION DATE    03-12-2003
        SENTENCE DATE      03-12-2003
        FINAL PLEADING     UNREPORTED/OR UNKNOWN
        PROBATION          6M

=================================================================

EVENT CYCLE 3
    TRACKING NUMBER       9129905966
    ARREST DATE           12-07-2009
    TYPE                  ADULT
    AGENCY               TX2140000 - STARR CO SO RIO GRANDE CITY
    NAME                  PENA,ALBERTO
-----------------------------------------------------------------
    TRACKING SUFFIX    A001
-----------------------------------------------------------------
    OFFENSE DATA
        AGENCY CASE NUMBER  TX2140000
        OFFENSE AGENCY     TX2140000 - STARR CO SO RIO GRANDE CITY
        OFFENSE DATE        12-07-2009
        OFFENSE            AGG ASSLT W/DEADLY WEAPON
        CITATION           PC 22.02(a)(2)
        OFFENSE DESC        AGG ASSLT W/DEADLY WEAPON

Exhibits to Defendant's Initial Disclosures                                                    000547

```
                LEVEL &amp; DEGREE    FELONY - 2ND DEGREE
                DISPOSITION          HELD
                DISPOSITION LITERAL  HELD
                DISPOSITION DATE     12-07-2009
                REFERRED             TX214015A - DISTRICT ATTORNEY'S OFFICE RIO
                                     GRANDE CITY
        -----------------------------------------------------------------
        PROSECUTION DATA
                PROSECUTION AGENCY   TX214015A - DISTRICT ATTORNEY'S OFFICE RIO
                                     GRANDE CITY
                ACTION               PROSECUTOR ACCEPTS THE CHARGE
                ACTION DATE          04-21-2011
                OFFENSE              AGG ASSLT W/DEADLY WEAPON
                CITATION             PC 22.02(a)(2)
                LEVEL &amp; DEGREE    FELONY - 2ND DEGREE
        -----------------------------------------------------------------
        COURT DATA
                COURT AGENCY         TX214015J - 381ST DISTRICT COURT STARR COUNTY
                COURT OFFENSE        AGG ASSLT W/DEADLY WEAPON
                CITATION             PC 22.02(a)(2)
                LEVEL &amp; DEGREE    FELONY - 2ND DEGREE
                DISPOSITION          DEFERRED
                DISPOSITION DATE     06-01-2011
                CAUSE NUMBER         11-CR-159
                FINAL PLEADING       NOT GUILTY
                PROBATION            3Y
                FINE                 1000
                COURT COST           326
                RECEIVING CUSTODY    PROBATION
        -----------------------------------------------------------------
        COURT DATA
                COURT AGENCY         TX214015J - 381ST DISTRICT COURT STARR COUNTY
                COURT OFFENSE        AGG ASSLT W/DEADLY WEAPON
                CITATION             PC 22.02(a)(2)
                LEVEL &amp; DEGREE    FELONY - 2ND DEGREE
                DISPOSITION          PENDING
                DISPOSITION DATE     04-27-2012
                SENTENCE DATE        04-27-2012
                CAUSE NUMBER         11-CR-159
                FINAL PLEADING       UNREPORTED/OR UNKNOWN
                PROVISION LITERAL    11-CR-159 381ST
                PROVISION            ABSCONDED

========================================================================
EVENT CYCLE 4
        TRACKING NUMBER      9129927145
        ARREST DATE          02-27-2011
        TYPE                 ADULT
        AGENCY               TX2140000 - STARR CO SO RIO GRANDE CITY
        NAME                 PENA,ALBERTO
        -----------------------------------------------------------------
        TRACKING SUFFIX      A001
        -----------------------------------------------------------------
        OFFENSE DATA
                AGENCY CASE NUMBER   20110659
                OFFENSE AGENCY       TX2140000 - STARR CO SO RIO GRANDE CITY
                OFFENSE DATE         02-27-2011
                OFFENSE              OBSTRUCTION OR RETALIATION
                CITATION             PC 36.06(c)
                LEVEL &amp; DEGREE    FELONY - 3RD DEGREE
                DISPOSITION          HELD
                DISPOSITION LITERAL  HELD
                DISPOSITION DATE     02-27-2011
```

Exhibits to Defendant's Initial Disclosures

000548

```
        REFERRED              TX214015A - DISTRICT ATTORNEY'S OFFICE RIO
                              GRANDE CITY
  ----------------------------------------------------------------
  PROSECUTION DATA
     PROSECUTION AGENCY   TX214015A - DISTRICT ATTORNEY'S OFFICE RIO
                              GRANDE CITY
     ACTION               PROSECUTION ACTION UNDEFINED BY PAF CODE
     ACTION DATE          05-18-2011
     OFFENSE              OBSTRUCTION OR RETALIATION
     CITATION             PC 36.06(c)
     LEVEL &amp; DEGREE      FELONY - 3RD DEGREE
  ----------------------------------------------------------------
  NO COURT DATA AVAILABLE
  ----------------------------------------------------------------
    TRACKING SUFFIX     A002
  ----------------------------------------------------------------
  OFFENSE DATA
     AGENCY CASE NUMBER   20110659
     OFFENSE AGENCY       TX2140000 - STARR CO SO RIO GRANDE CITY
     OFFENSE DATE         02-27-2011
     OFFENSE              OBSTRUCTION OR RETALIATION
     CITATION             PC 36.06(c)
     LEVEL &amp; DEGREE      FELONY - 3RD DEGREE
     DISPOSITION          HELD
     DISPOSITION LITERAL  HELD
     DISPOSITION DATE     02-27-2011
     REFERRED             TX214015A - DISTRICT ATTORNEY'S OFFICE RIO
                              GRANDE CITY
  ----------------------------------------------------------------
  PROSECUTION DATA
     PROSECUTION AGENCY   TX214015A - DISTRICT ATTORNEY'S OFFICE RIO
                              GRANDE CITY
     ACTION               PROSECUTION ACTION UNDEFINED BY PAF CODE
     ACTION DATE          05-18-2011
     OFFENSE              OBSTRUCTION OR RETALIATION
     CITATION             PC 36.06(c)
     LEVEL &amp; DEGREE      FELONY - 3RD DEGREE
  ----------------------------------------------------------------
  NO COURT DATA AVAILABLE
  ----------------------------------------------------------------
    TRACKING SUFFIX     A003
  ----------------------------------------------------------------
  OFFENSE DATA
     AGENCY CASE NUMBER   20110659
     OFFENSE AGENCY       TX2140000 - STARR CO SO RIO GRANDE CITY
     OFFENSE DATE         02-27-2011
     OFFENSE              RESIST ARREST SEARCH OR TRANSP
     CITATION             PC 38.03(a)
     LEVEL &amp; DEGREE      MISDEMEANOR - CLASS A
     DISPOSITION          HELD
     DISPOSITION LITERAL  HELD
     DISPOSITION DATE     02-27-2011
     REFERRED             TX214013A - COUNTY ATTORNEY'S OFFICE RIO GRANDE
                              CITY
  ----------------------------------------------------------------
  PROSECUTION DATA
     PROSECUTION AGENCY   TX214013A - COUNTY ATTORNEY'S OFFICE RIO
                              GRANDE CITY
     ACTION               ELAPSED TIME
     ACTION DATE          05-21-2013
     OFFENSE              RESIST ARREST SEARCH OR TRANSP
     CITATION             PC 38.03(a)
     LEVEL &amp; DEGREE      MISDEMEANOR - CLASS A
```

Exhibits to Defendant's Initial Disclosures        000549

```
    ------------------------------------------------------------------
    NO COURT DATA AVAILABLE
    ------------------------------------------------------------------
      TRACKING SUFFIX      A004
    ------------------------------------------------------------------
      OFFENSE DATA
         AGENCY CASE NUMBER  20110659
         OFFENSE AGENCY      TX2140000 - STARR CO SO RIO GRANDE CITY
         OFFENSE DATE        02-27-2011
         OFFENSE             DEADLY CONDUCT
         CITATION            PC 22.05(a)
         LEVEL &amp; DEGREE      MISDEMEANOR - CLASS A
         DISPOSITION         HELD
         DISPOSITION LITERAL HELD
         DISPOSITION DATE    02-27-2011
         REFERRED            TX214013A - COUNTY ATTORNEY'S OFFICE RIO GRANDE
                             CITY
      ------------------------------------------------------------------
      PROSECUTION DATA
         PROSECUTION AGENCY  TX214015A - DISTRICT ATTORNEY'S OFFICE RIO
                                GRANDE CITY
         ACTION              PROSECUTOR HAS REJECTED THE CHARGE WITHOUT A
                             PRE-TRIAL DIVERSION
         ACTION DATE         05-05-2011
         OFFENSE             DEADLY CONDUCT
         CITATION            PC 22.05(a)
         LEVEL &amp; DEGREE      MISDEMEANOR - CLASS A
      ------------------------------------------------------------------
    NO COURT DATA AVAILABLE
    ------------------------------------------------------------------
      TRACKING SUFFIX      A005
    ------------------------------------------------------------------
      OFFENSE DATA
         AGENCY CASE NUMBER  20110659
         OFFENSE AGENCY      TX2140000 - STARR CO SO RIO GRANDE CITY
         OFFENSE DATE        02-27-2011
         OFFENSE             ASSAULT CLASS C
         CITATION            X CLASS C
         LEVEL &amp; DEGREE      MISDEMEANOR - CLASS C
         DISPOSITION         HELD
         DISPOSITION LITERAL Misd Class C refer to Arresting Agency for
                             Disposition
         DISPOSITION DATE    02-27-2011
         REFERRED            TX214013A - COUNTY ATTORNEY'S OFFICE RIO GRANDE
                             CITY
      ------------------------------------------------------------------
    NO PROSECUTION DATA AVAILABLE
    ------------------------------------------------------------------
    NO COURT DATA AVAILABLE

===================================================================
  EVENT CYCLE 5
    TRACKING NUMBER      9129945488
    ARREST DATE          12-15-2011
    TYPE                 ADULT
    AGENCY               TX2140000 - STARR CO SO RIO GRANDE CITY
    NAME                 PENA,ALBERTO
    ------------------------------------------------------------------
      TRACKING SUFFIX      A001
    ------------------------------------------------------------------
      OFFENSE DATA
         AGENCY CASE NUMBER  20113976
         OFFENSE AGENCY      TX2140000 - STARR CO SO RIO GRANDE CITY
```

Exhibits to Defendant's Initial Disclosures                    000550

```
            OFFENSE DATE        12-14-2011
            OFFENSE             LIQUOR VIOLATION CLASS C
            CITATION            X CLASS C
            LEVEL &amp; DEGREE      MISDEMEANOR - CLASS C
            DISPOSITION LITERAL Misd Class C refer to Arresting Agency for
                                Disposition
            DISPOSITION DATE    12-15-2011
            REFERRED            TX214013A - COUNTY ATTORNEY'S OFFICE RIO GRANDE
                                CITY
     ------------------------------------------------------------------
     NO PROSECUTION DATA AVAILABLE
     ------------------------------------------------------------------
     NO COURT DATA AVAILABLE


 ==================================================================
  EVENT CYCLE 6
    TRACKING NUMBER      9129948355
    ARREST DATE          01-27-2012
    TYPE                 ADULT
    AGENCY               TX2140000 - STARR CO SO RIO GRANDE CITY
    NAME                 PENA,ALBERTO
    ------------------------------------------------------------------
     TRACKING SUFFIX     A001
    ------------------------------------------------------------------
      OFFENSE DATA
        AGENCY CASE NUMBER 20120295
        OFFENSE AGENCY      TX2140000 - STARR CO SO RIO GRANDE CITY
        OFFENSE             TERRORISTIC THREAT OF FAMILY/HOUSEHOLD
        CITATION            PC 22.07(b)
        LEVEL &amp; DEGREE      MISDEMEANOR - CLASS A
        DISPOSITION LITERAL HELD
        DISPOSITION DATE    01-27-2012
        REFERRED            TX214013A - COUNTY ATTORNEY'S OFFICE RIO GRANDE
                            CITY
     ------------------------------------------------------------------
      PROSECUTION DATA
        PROSECUTION AGENCY  TX214013A - COUNTY ATTORNEY'S OFFICE RIO
                            GRANDE CITY
        ACTION              PROSECUTOR ACCEPTS THE CHARGE
        ACTION DATE         10-12-2012
        OFFENSE             TERRORISTIC THREAT OF FAMILY/HOUSEHOLD
        CITATION            PC 22.07(b)
        LEVEL &amp; DEGREE      MISDEMEANOR - CLASS A
     ------------------------------------------------------------------
      COURT DATA
        COURT AGENCY        TX214023J - COUNTY COURT AT LAW RIO GRANDE CITY
        COURT OFFENSE       TERRORISTIC THREAT OF FAMILY/HOUSEHOLD
        CITATION            PC 22.07(b)
        LEVEL &amp; DEGREE      MISDEMEANOR - CLASS A
        DISPOSITION         PENDING
        DISPOSITION DATE    11-20-2012
        SENTENCE DATE       11-20-2012
        CAUSE NUMBER        CR-12-666
        FINAL PLEADING      UNREPORTED/OR UNKNOWN
        PROVISION           ABSCONDED
     ------------------------------------------------------------------
      COURT DATA
        COURT AGENCY        TX214023J - COUNTY COURT AT LAW RIO GRANDE CITY
        COURT OFFENSE       TERRORISTIC THREAT OF FAMILY/HOUSEHOLD
        CITATION            PC 22.07(b)
        LEVEL &amp; DEGREE      MISDEMEANOR - CLASS A
        DISPOSITION         DISMISSED
        DISPOSITION DATE    05-13-2014
```

Exhibits to Defendant's Initial Disclosures        000551

```
                SENTENCE DATE        05-13-2014
                CAUSE NUMBER         CR-12-666
                FINAL PLEADING       NOT GUILTY


==================================================================
  EVENT CYCLE 7
       TRACKING NUMBER       9216902612
       ARREST DATE           03-28-2012
       TYPE                  ADULT
       AGENCY                TX2140000 - STARR CO SO RIO GRANDE CITY
       NAME                  PENA,ALBERTO
       ------------------------------------------------------------
          TRACKING SUFFIX    A001
       ------------------------------------------------------------
          OFFENSE DATA
             AGENCY ID NUMBER    TX2140000
             AGENCY CASE NUMBER  2012-1006
             OFFENSE AGENCY      TX2140000 - STARR CO SO RIO GRANDE CITY
             OFFENSE DATE        03-28-2012
             OFFENSE             AGG ASSLT W/DEADLY WEAPON
             CITATION            PC 22.02(a)(2)
             LEVEL &amp; DEGREE      FELONY - 2ND DEGREE
             DISPOSITION LITERAL HELD
             DISPOSITION DATE    03-28-2012
             REFERRED            TX214015A - DISTRICT ATTORNEY'S OFFICE RIO
                                 GRANDE CITY

          ------------------------------------------------------------
          PROSECUTION DATA
             PROSECUTION AGENCY  TX214015A - DISTRICT ATTORNEY'S OFFICE RIO
                                 GRANDE CITY
             ACTION              PROSECUTOR ACCEPTS THE CHARGE
             ACTION DATE         09-11-2012
             OFFENSE             AGG ASSLT W/DEADLY WEAPON
             CITATION            PC 22.02(a)(2)
             OFFENSE DESC        12-CRS-652
             LEVEL &amp; DEGREE      FELONY - 2ND DEGREE
          ------------------------------------------------------------
          COURT DATA
             COURT AGENCY        TX214035J - 229TH JUDICIAL DISTRICT COURT
             COURT OFFENSE       AGG ASSLT W/DEADLY WEAPON
             CITATION            PC 22.02(a)(2)
             LEVEL &amp; DEGREE      FELONY - 2ND DEGREE
             DISPOSITION         PENDING
             DISPOSITION DATE    05-16-2013
             SENTENCE DATE       05-16-2013
             CAUSE NUMBER        12-CRS-652
             FINAL PLEADING      UNREPORTED/OR UNKNOWN
             PROVISION LITERAL   WARRANT # 12-CRS-652
             PROVISION           ABSCONDED
          ------------------------------------------------------------
          COURT DATA
             COURT AGENCY        TX214035J - 229TH JUDICIAL DISTRICT COURT
             COURT OFFENSE       AGG ASSLT W/DEADLY WEAPON
             CITATION            PC 22.02(a)(2)
             LEVEL &amp; DEGREE      FELONY - 2ND DEGREE
             DISPOSITION         DISMISSED
             DISPOSITION DATE    05-01-2014
             SENTENCE DATE       05-01-2014
             CAUSE NUMBER        12-CRS-652
             FINAL PLEADING      UNREPORTED/OR UNKNOWN
             PROVISION LITERAL   VICTIM HAS FILD AFFIDAVIT OF NON PROSECUTION
       ------------------------------------------------------------
          TRACKING SUFFIX    A002
```

Exhibits to Defendant's Initial Disclosures                          000552

```
OFFENSE DATA
     AGENCY ID NUMBER    TX2140000
     AGENCY CASE NUMBER  2012-1006
     OFFENSE AGENCY      TX2140000 - STARR CO SO RIO GRANDE CITY
     OFFENSE DATE        03-28-2012
     OFFENSE             ASSAULT CAUSES BODILY INJ
     CITATION            PC 22.01(a)(1)
     LEVEL &amp; DEGREE      MISDEMEANOR - CLASS A
     DISPOSITION LITERAL HELD
     DISPOSITION DATE    03-28-2012
     REFERRED            TX214013A - COUNTY ATTORNEY'S OFFICE RIO GRANDE
                         CITY
```

```
PROSECUTION DATA
     PROSECUTION AGENCY TX214013A - COUNTY ATTORNEY'S OFFICE RIO
                                    GRANDE CITY
     ACTION              PROSECUTOR ACCEPTS THE CHARGE
     ACTION DATE         02-05-2014
     OFFENSE             ASSAULT CAUSES BODILY INJ
     CITATION            PC 22.01(a)(1)
     LEVEL &amp; DEGREE       MISDEMEANOR - CLASS A
```

```
COURT DATA
     COURT AGENCY        TX214023J - COUNTY COURT AT LAW RIO GRANDE CITY
     COURT OFFENSE       ASSAULT CAUSES BODILY INJ
     CITATION            PC 22.01(a)(1)
     LEVEL &amp; DEGREE       MISDEMEANOR - CLASS A
     DISPOSITION         UNADJUDICATED WITH
     DISPOSITION DATE    03-18-2014
     SENTENCE DATE       03-18-2014
     CAUSE NUMBER        CR-13-756
     FINAL PLEADING      GUILTY
```

```
   TRACKING SUFFIX    A003
```

```
OFFENSE DATA
     AGENCY ID NUMBER    TX2140000
     AGENCY CASE NUMBER  2012-1006
     OFFENSE AGENCY      TX2140000 - STARR CO SO RIO GRANDE CITY
     OFFENSE DATE        03-28-2012
     OFFENSE             RESIST ARREST SEARCH OR TRANSP
     CITATION            PC 38.03(a)
     LEVEL &amp; DEGREE       MISDEMEANOR - CLASS A
     DISPOSITION LITERAL HELD
     DISPOSITION DATE    03-28-2012
     REFERRED            TX214013A - COUNTY ATTORNEY'S OFFICE RIO GRANDE
                         CITY
```

```
PROSECUTION DATA
     PROSECUTION AGENCY TX214013A - COUNTY ATTORNEY'S OFFICE RIO
                                    GRANDE CITY
     ACTION              PROSECUTOR ACCEPTS THE CHARGE
     ACTION DATE         02-05-2014
     OFFENSE             RESIST ARREST SEARCH OR TRANSP
     CITATION            PC 38.03(a)
     LEVEL &amp; DEGREE       MISDEMEANOR - CLASS A
```

```
COURT DATA
     COURT AGENCY        TX214023J - COUNTY COURT AT LAW RIO GRANDE CITY
     COURT OFFENSE       RESIST ARREST SEARCH OR TRANSP
     CITATION            PC 38.03(a)
     LEVEL &amp; DEGREE       MISDEMEANOR - CLASS A
```

Exhibits to Defendant's Initial Disclosures                    000553

```
            DISPOSITION          CONVICTED
            DISPOSITION DATE     03-18-2014
            SENTENCE DATE        03-18-2014
            CAUSE NUMBER         CR-13-758
            FINAL PLEADING       GUILTY
     -------------------------------------------------------------------
        TRACKING SUFFIX    A004
     -------------------------------------------------------------------
        OFFENSE DATA
            AGENCY ID NUMBER     TX2140000
            AGENCY CASE NUMBER   2012-1006
            OFFENSE AGENCY       TX2140000 - STARR CO SO RIO GRANDE CITY
            OFFENSE DATE         03-28-2012
            OFFENSE              CRIM MISCH&gt;=$500&lt;$1,500
            CITATION             PC 28.03(a)
            LEVEL &amp; DEGREE       MISDEMEANOR - CLASS A
            DISPOSITION LITERAL  HELD
            DISPOSITION DATE     03-28-2012
            REFERRED             TX214013A - COUNTY ATTORNEY'S OFFICE RIO GRANDE
                                 CITY
     -------------------------------------------------------------------
        PROSECUTION DATA
            PROSECUTION AGENCY   TX214013A - COUNTY ATTORNEY'S OFFICE RIO
                                     GRANDE CITY
            ACTION               PROSECUTOR ACCEPTS THE CHARGE
            ACTION DATE          02-05-2014
            OFFENSE              CRIM MISCH&gt;=$500&lt;$1,500
            CITATION             PC 28.03(a)
            LEVEL &amp; DEGREE       MISDEMEANOR - CLASS A
     -------------------------------------------------------------------
        COURT DATA
            COURT AGENCY         TX214023J - COUNTY COURT AT LAW RIO GRANDE CITY
            COURT OFFENSE        CRIM MISCH&gt;=$500&lt;$1,500
            CITATION             PC 28.03(a)
            LEVEL &amp; DEGREE       MISDEMEANOR - CLASS A
            DISPOSITION          UNADJUDICATED WITH
            DISPOSITION DATE     03-18-2014
            SENTENCE DATE        03-18-2014
            CAUSE NUMBER         CR-13-757
            FINAL PLEADING       GUILTY

=====================================================================
  EVENT CYCLE 8
        TRACKING NUMBER    9217047678
        ARREST DATE        02-26-2018
        TYPE               ADULT
        AGENCY             TX2140000 - STARR CO SO RIO GRANDE CITY
        NAME               PENA,ALBERTO
     -------------------------------------------------------------------
        TRACKING SUFFIX    A001
     -------------------------------------------------------------------
        OFFENSE DATA
            AGENCY CASE NUMBER   201801753
            OFFENSE AGENCY       TX2140000 - STARR CO SO RIO GRANDE CITY
            OFFENSE              TERRORISTIC THREAT OF FAMILY/HOUSEHOLD
            CITATION             PC 22.07(c)(1)
            LEVEL &amp; DEGREE       MISDEMEANOR - CLASS A
            DISPOSITION LITERAL  HELD
            DISPOSITION DATE     02-26-2018
            REFERRED             TX214013A - COUNTY ATTORNEY'S OFFICE RIO GRANDE
                                 CITY
     -------------------------------------------------------------------
        PROSECUTION DATA
```

Exhibits to Defendant's Initial Disclosures         000554

```
PROSECUTION AGENCY   TX214013A - COUNTY ATTORNEY'S OFFICE RIO
                        GRANDE CITY
ACTION               CHARGES DROPPED BY ARRESTING AGENCY
ACTION DATE          08-21-2019
OFFENSE              TERRORISTIC THREAT OF FAMILY/HOUSEHOLD
CITATION             PC 22.07(c)(1)
LEVEL &amp; DEGREE       MISDEMEANOR - CLASS A
------------------------------------------------------------------
```

NO COURT DATA AVAILABLE
```
------------------------------------------------------------------
```

```
    TRACKING SUFFIX    A002
------------------------------------------------------------------
```

```
OFFENSE DATA
    AGENCY CASE NUMBER  201801753
    OFFENSE AGENCY      TX2140000 - STARR CO SO RIO GRANDE CITY
    OFFENSE            ASSAULT CLASS C
    CITATION           X CLASS C
    LEVEL &amp; DEGREE     MISDEMEANOR - CLASS C
    DISPOSITION LITERAL Misd Class C refer to Arresting Agency for
                        Disposition
    DISPOSITION DATE   02-26-2018
    REFERRED           TX214013A - COUNTY ATTORNEY'S OFFICE RIO GRANDE
                        CITY
    ------------------------------------------------------------------
```

NO PROSECUTION DATA AVAILABLE
```
    ------------------------------------------------------------------
```

NO COURT DATA AVAILABLE

```
=================================================================
EVENT CYCLE 9
    TRACKING NUMBER    9284000076
    ARREST DATE        04-03-2018
    TYPE               ADULT
    AGENCY             TX2140000 - STARR CO SO RIO GRANDE CITY
    NAME               PENA,ALBERTO
    ------------------------------------------------------------------
```

```
    TRACKING SUFFIX    A001
    ------------------------------------------------------------------
```

```
    OFFENSE DATA
        AGENCY CASE NUMBER  2018-02855
        OFFENSE AGENCY      TX2140000 - STARR CO SO RIO GRANDE CITY
        OFFENSE            LIQUOR VIOLATION CLASS C
        CITATION           X CLASS C
        LEVEL &amp; DEGREE     MISDEMEANOR - CLASS C
        DISPOSITION LITERAL Misd Class C refer to Arresting Agency for
                            Disposition
        DISPOSITION DATE   04-03-2018
        REFERRED           TX214013A - COUNTY ATTORNEY'S OFFICE RIO GRANDE
                            CITY
    ------------------------------------------------------------------
```

NO PROSECUTION DATA AVAILABLE
```
    ------------------------------------------------------------------
```

NO COURT DATA AVAILABLE
```
=================================================================
```
NO CUSTODY EVENTS
```
------------------------------------------------------------------
```

UNAUTHORIZED USE OR DISCLOSURE OF THE INFORMATION CONTAINED IN THIS RECORD
MAY RESULT IN SEVERE CRIMINAL PENALTIES.
SEE TEXAS GOVERNMENT CODE SECTION 411.085.
END OF RECORD

MRI: 55010315 IN: CCHW 33412 AT 13AUG2020 15:57:02

Exhibits to Defendant's Initial Disclosures                    000555

Exhibits to Defendant's Initial Disclosures

000556