United States District Court
Southern District of Texas
**ENTERED**
August 12, 2025
Nathan Ochsner, Clerk

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
MCALLEN DIVISION

| | | |
|---|---|---|
| MARTINA PENA, individually and as next best friend of A.P., and ARISTEDES PENA, individually, and on behalf of the estate of ALBERTO PENA, | § § § § § § § | |
| Plaintiffs, | § | |
| VS. | § § | CIVIL ACTION NO. 7:22-cv-00276 |
| STARR COUNTY, TEXAS, EVELARIO GARZA, UBALDO SUAREZ, CHESTER CERVANTES, ERASMO RIOS JR., DANIEL GARCIA, HECTOR LOPEZ III, JAVIER GONZALEZ, JOEL GARZA, EMILIO GARZA, JESUS BARRERA JR., CESAR JUAREZ JR., | § § § § § § § § § | |
| Defendants. | § | |

## FINAL JUDGMENT

This Court's August 1, 2025 order[1] granted summary judgment in favor of Defendants Starr County, Texas; Evelario Garza; Ubaldo Suarez; Chester Cervantes; Erasmos Rios, Jr.; Daniel Garcia; Hector Lopez, III; Javier Gonzalez; Joel Garza; and Cesar Juarez Jr. and dismissed with prejudice all of Plaintiffs' claims against these Defendants. Further, this Court's August 12, 2025 order[2] dismissed all of Plaintiffs' claims against Defendants Emilio Garza and Jesus Barrera Jr. The Court now renders final judgment in accordance with Federal Rule of Civil Procedure 54. All issues in this case are resolved by the Court's order. The Court holds that Plaintiffs take nothing

---

[1] Dkt. No. 92.
[2] Dkt. No. 95.

by this suit. Any relief not expressly granted in this final judgment is hereby **DENIED**. This case is terminated, and the Clerk of the Court is instructed to close the case.

    IT IS SO ORDERED.

    DONE at McAllen, Texas, this 12th of August, 2025.

                                                Micaela Alvarez
                                      Senior United States District Judge